UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 00-6202-CIV-LENARD

KAREL G. JOHNSON, and LISE H.
JOHNSON,

    Plaintiffs,

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III,
Individually,

    Defendants.
_____/




### ORDER OF TRANSFER

Pursuant to Rule 3.9(C) of the Local Rules for the Southern District of Florida, and subject to consent below, it is

**ORDERED** that the above-numbered case is hereby transferred to the Calendar of the Honorable William P. Dimitrouleas for further proceedings. It is

**FURTHER ORDERED** that all pleadings hereinafter filed shall bear the following number and initials: 00-6202-CIV-DIMITROULEAS, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.



**DONE AND ORDERED** in Chambers at Miami, Florida this /5 day of February, 2000.

```
                    JOAN A. LENARD
                    UNITED STATES DISTRICT JUDGE
```

Lower Related Case: <u>Martin v. Automobili Lamborghini Exclusive, Inc.</u>, Case No. 98-6621-CIV-DIMITROULEAS.

**THE FOREGOING** transfer is consented to this 14 day of ~~February~~ March, 2000.

```
                    WILLIAM P. DIMITROULEAS
                    UNITED STATES DISTRICT JUDGE
```

cc:
Lucy Lara, Case Assignment Administrator
U.S. Magistrate Judge William C. Turnoff

Harris K. Solomon, Esq.
Brinkley, McInerney et al.
200 East Las Olas Blvd.
Fort Lauderdale, Florida 33301