## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

    Plaintiffs,

CASE NO. 00-6202-CIV-DIMITROULEAS

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,

    Defendants.

_____/

## STATUS REPORT

In response to the Court's Order Requiring Counsel to Meet & File Joint Scheduling Report, entered March 15, 2000, Plaintiffs submit the following Status Report.

1. The Complaint in this action was filed on February 9, 2000, but has not yet been served upon the Defendants. The corporate defendant, Automobili Lamborghini SpA ("ALSPA"), is an Italian corporation. Likewise, the individual defendants, Michael Kimberly, and John Does I, II and III, are located in Italy. Undersigned counsel has been informed that the exclusive method for serving an Italian defendant is according to the Hague Convention, a process which typically takes 12 to 16 weeks.

2. Undersigned counsel has inquired, through Defendants' attorneys in the United States, whether the Defendants are willing to waive service pursuant to Fed. R. Civ. P. 4(b)(2). In



addition, undersigned counsel has been exploring other avenues which might allow Plaintiffs to avoid the burden in terms of both time and expense, of effecting service of process in Italy.

3. Undersigned counsel expects in the near future to receive a response from Defendants' attorneys as to whether they are authorized to accept service for their clients. If so, undersigned counsel immediately will forward a copy of the Court's Order, so that a scheduling conference may be held and a joint scheduling report submitted.

4. If the Defendants refuse to waive service as set forth in Fed. R. Civ. P. 4(b)(2), Plaintiffs intend to immediately undertake the process of serving the Defendants according to the Hague Convention, and will so notify the Court.

Dated: May 5, 2000

Respectfully submitted,

BRINKLEY, McNERNEY, MORGAN
SOLOMON & TATUM, LLP
Attorneys for Plaintiffs
200 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301-2209
(954) 522-2200
(954) 522-9123 (fax)

By: _____ for
HARRIS K. SOLOMON
Florida Bar No. 259411
Fla. Bar. No 121320