AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern DISTRICT OF Florida

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

    Plaintiffs,

**V.**

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III,
Individually,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6202-CIV-DIMITROULEAS

TO: (Name and address of defendant)

MICHAEL KIMBERLY
Via Modena 12
Sant'Agata, Bolognese, Italy

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Harris K. Solomon, Esq.
    BRINKLEY, MCNERNEY, MORGAN,
      SOLOMON & TATUM, LLP
    200 East Las Olas Boulevard
    Suite 1800
    Fort Lauderdale, Florida 33301

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE: MAY 10 2000