AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern      DISTRICT OF    Florida

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

Plaintiffs,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER 00-6202-CIV-DIMITROULEAS

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III,
Individually,

Defendants.

TO: (Name and address of defendant)
AUTOMOBILI LAMBORGHINI SpA
Via Modena 12
Sant'Agata, Bolognese, Italy

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harris K. Solomon, Esq.
BRINKLEY, MCNERNEY, MORGAN,
    SOLOMON & TATUM, LLP
200 East Las Olas Boulevard
Suite 1800
Fort Lauderdale, Florida 33301

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox            MAY 10 2000

CLERK                       DATE

(BY) DEPUTY CLERK