UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6202-CIV-(LENARD)/WPD/Magistrate Judge (TURNOFF)

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

    Plaintiff(s),

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,

Defendant(s).
_____/

## DEFENDANT LAMBORGHINI's NOTICE OF WITHDRAWAL OF MOTION FOR CHANGE OF VENUE

DEFENDANT, AUTOMOBILI LAMBORGHINI, SpA ("Lamborghini"), by and through undersigned counsel, hereby Withdraws its' Motion for Change of Venue, as the relief sought therein has been rendered moot by previous Order of this Court.

                          **HERZFELD & RUBIN**
                          Attorneys for Defendant
                          Automobili Lamborghini SpA
                          Brickell Bayview Centre
                          80 SW 8th Street
                          Suite 1920
                          Miami, Florida 33130

                          _____
                          MYRON SHAPIRO
                          Fla. Bar No. 399205
                          MICHAEL J. SCAGLIONE
                          Fla. Bar No. 174970

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was transmitted via telefacsimile and deposited in the U.S. Mail this 26th day of July, 2000, to HARRIS K. SOLOMON, ESQ., Brinkley, McNerney, Morgan, Solomon & Tatum, LLP, attorneys for Plaintiff, 200 East Las Olas Boulevard, Suite 1800, Fort Lauderdale, Florida, 33301-2209.

**HERZFELD & RUBIN**
Attorneys for Defendant
Automobili Lamborghini SpA
Brickell Bayview Centre
80 SW 8th Street
Suite 1920
Miami, Florida 33130
Telephone:  (305) 381-7999
Facsimile:   (305) 381-8203

_____
MYRON SHAPIRO
Fla. Bar No. 399205
MICHAEL J. SCAGLIONE
Fla. Bar No. 174970

H:\WP\DATA\MJS\Lamborghini\withdraw.mtn.wpd