**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

        Plaintiffs,                         CASE NO. 00-6202-CIV-DIMITROULEAS

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,

        Defendants.

_____/



### NOTICE OF FILING RETURN OF SERVICE
### OF AUTOMOBILI LAMBORGHINI SpA

COME NOW the Plaintiffs, KAREL G. JOHNSON and LISE H. JOHNSON, by and through their undersigned attorneys, and hereby file this their Notice of Filing Return of Service of Automobili Lamborghini SpA ("ALSpA").

As set forth in the attached Return of Service the Summons and Complaint were served upon Defendant, ALSpA, pursuant to the Hague Convention, on June 12, 2000.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Return of Service of Automobili Lamborghini SpA has been furnished by U.S. Mail to MYRON SHAPIRO, ESQ., Herzfeld & Rubin, Attorneys for Automobili Lamborghini, SpA, Brickell Bayview Center, 80 S.W. 8th Street, Suite 1920, Miami, Florida 33130, on this 25 day of July, 2000.

                                    BRINKLEY, McNERNEY, MORGAN
                                    SOLOMON & TATUM, LLP
                                    Attorneys for Plaintiffs
                                    200 East Las Olas Boulevard, Suite 1800
                                    Fort Lauderdale, Florida 33301-2209
                                    (954) 522-2200
                                    (954) 522-9123 (fax)

                              By: _____
                                    HARRIS K. SOLOMON
                                    Florida Bar No. 259411

I the undesigned, Assistant Process Server assigned at the Court of Appeals of Bologna

have served the document herein to Automobili Lamborghini at Via Modena 12 in S. Agata

Bolognese - by hand delivery of a copy to the receptionist of the firm whose signature appears below.

S. Agata Bolognese
6/12/2000
Signature of receptionist ( Illegible)

[Seal]
Assistant Process Server
Court of Appeals of Bologna
Salvatore Calabrese

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE