**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

    Plaintiffs,                    CASE NO. 00-6202-CIV-DIMITROULEAS

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,

    Defendants.
_____/

## NOTICE OF FILING RETURN OF NON-SERVICE
## OF MICHAEL KIMBERLY

COME NOW the Plaintiffs, KAREL G. JOHNSON and LISE H. JOHNSON, by and through their undersigned attorneys, and hereby file this their Notice of Filing Return of Non-Service of Michael Kimberly, and state as follows:

1.    As set forth in the attached Return of Service, Plaintiffs have attempted to serve the Summons and Complaint, pursuant to the Hague Convention, on Defendant, Michael Kimberly. The address at which service on Mr. Kimberly was attempted was Via Modena 12, Sant'Agata, Bolognese, Italy, the same address upon which Automobili Lamborghini SpA (ALSpA) was served. However, the Italian process server was "informed that such addressee has not been working at this location since the end of 1996." ALSpA did not provide an alternative address for Mr. Kimberly.

2.    Plaintiffs are diligently continuing their effort to locate and serve Mr. Kimberly.

BRINKLEY, MCNERNEY, MORGAN, SOLOMON & TATUM, LLP
200 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FLORIDA 33301 (954) 522-2200



I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Return of Non-Service of Michael Kimberly has been furnished by U.S. Mail to MYRON SHAPIRO, ESQ., Herzfeld & Rubin, Attorneys for Automobili Lamborghini, SpA, Brickell Bayview Center, 80 S.W. 8th Street, Suite 1920, Miami, Florida 33130, on this 25 day of July, 2000.

> BRINKLEY, McNERNEY, MORGAN
> SOLOMON & TATUM, LLP
> Attorneys for Plaintiffs
> 200 East Las Olas Boulevard, Suite 1800
> Fort Lauderdale, Florida 33301-2209
> (954) 522-2200
> (954) 522-9123 (fax)
>
> By: _____
> HARRIS K. SOLOMON
> Florida Bar No. 259411

2

I the undersigned Assistant Process Server assigned at the Court of Bologna

was unable to serve the foregoing document to the addressee- Mr Michael Kimberly

in that once on the premises of Lamborghini , I was informed that such addressee has

not been working at this location since the end of 1996.

S. Agata Bolognese
6/16/2000

[Seal]
Assistant Process Server
Court of Appeals of Bologna
Salvatore Calabrese

# ADDITIONAL

# ATTACHMENTS

# NOT

# SCANNED

PLEASE REFER TO COURT FILE