IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) ) This Document Relates to United States ) District Court for the Southern District of ) Florida ) ) (See Attachment A) ) ) | MDL 875 |

AND NOW, this _11th_ day of _August_, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: _8/11/00_   _Charles R. Weiner_
Charles R. Weiner

| Name | SSN | Plaintiff Counsel | Court | Docket |
|---|---|---|---|---|
| MDL court Code: **FLS** | | | | |
| COOK, LYDIA B | 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 | LIPMAN | FLS | 198806163 |
| PORTER, ROBERT M. | 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 | ROBLES | FLS | 88-0450 |
| MAY, GORDON JACKSON | 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 | ROBLES | FLS | 88-0451 |
| ABRAMOWITZ, MURRAY | 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 | LIPMAN | FLS | 88-1074-CIV- |
| WEDGE, JAMES | 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 | LIPMAN | FLS | 88-1266 CIV- |
| KOEHLER, LEO MICHAEL | 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 | LIPMAN | FLS | 88-1426 |
| SAUNDERS, LONNIE V., JR. | 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 | ROBLES | FLS | 88-1625 |
| COHEN, JOSEPH | 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 | LIPMAN | FLS | 88-1756 |
| DAILEY, LARRY | 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 | LIPMAN | FLS | 88-1991-CIV- |
| BURDICK, MERLE | 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 | LIPMAN | FLS | 88-6352 |
| PYLES, WILLIAM P. | 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 | LIPMAN | FLS | 88-6353 |
| GOFF, ERNEST E. | 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 | ROBLES | FLS | 88-6708 |
| ENGMAN, HAROLD A. | 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 | ROBLES | FLS | 88-6710 |
| JAEGER, ARTHUR | 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 | LIPMAN | FLS | 89-1125 |
| JOSEPH, HARLEY H. | 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 | LIPMAN | FLS | 89-1222 |
| MONSHINE, LEONARD S. | 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 | ROBLES | FLS | 89-1414 |
| MENDELSON, ABRAHAM | 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 | LIPMAN | FLS | 89-1683 |
| GRAYSON, FRANK | 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 | LIPMAN | FLS | 89-1685 |
| SCHERER, SAM | 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 | LIPMAN | FLS | 89-1687 |
| SLOTKIN, MAX | 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 | LIPMAN | FLS | 89-1689 |
| FORD, JOSEPH | 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 | LIPMAN | FLS | 89-2870 CIV- |
| WILLIAMS, PETER R. | 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 | LIPMAN | FLS | 89-6654 |
| HAINES, HELEN | 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 | LIPMAN | FLS | 90-0050 |
| HELLICKSON, ARTHUR | 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 | LIPMAN | FLS | 90-0443 |
| SHAPIRO, EMIL | 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 | LIPMAN | FLS | 90-0540 |
| GRIMES, HENRY J. | 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 | LIPMAN | FLS | 90-0729-CIV- |
| HOLMSTOCK, MAX | 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 | LIPMAN | FLS | 90-0774 |
| VENET, LUIS, JR. | 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 | LIPMAN | FLS | 90-0914-CIV- |
| HEDSTROM, ROBERT W. | 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 | LIPMAN | FLS | 90-0918-CIV- |
| POST, JOSEPH S. | 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 | ROBLES | FLS | 90-1053 |
| CLARK, HOWARD H. | 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 | ROBLES | FLS | 90-1054 |
| RUBIO, GABRIEL A. | 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 | ROBLES | FLS | 90-1056 |
| BEAMAN, PHYLLIS | 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 | ROBLES | FLS | 90-1057 |
| BELLORADO, JOHN | 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 | LIPMAN | FLS | 90-1448 |
| HENDRY, JOHN | 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 | PAULICH O'HARA | FLS | 90-1548-CIV- |
| GRAVINA, PETER | 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 | LIPMAN | FLS | 90-1815-CIV |
| GLASSER, MARGARET | 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 | LIPMAN | FLS | 90-1980-CIV- |
| SCRIMENTI, CHARLES | 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 | LIPMAN | FLS | 90-2144 CIV- |

| Name | SSN | Plaintiff Counsel | Court | Docket |
|---|---|---|---|---|
| BOSCO, LAWRENCE | 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 | LIPMAN | FLS | 90-2154 CIV- |
| KIGGINS, DOYLES A. | 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 | LIPMAN | FLS | 90-2724 |
| MCCUE, JOHN J. | 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 | PAULICH O'HARA | FLS | 90-749-CIV-M |
| TOKER, JAMES M. | 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 | LIPMAN | FLS | 91-1849-CIV- |
| GOODWIN, LEWIS | 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 | LIPMAN | FLS | 91-2494-CIV- |
| PRIOR, ERNEST H. | 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 | LIPMAN | FLS | 91-2496-CIV |
| JONES, JAMES M. | 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 | FERRARO | FLS | 92-01869 |
| SMITH, HOWARD B. | 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 | FERRARO | FLS | 92-01871 |
| SHOEMAKER, GLORIA | 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 | LIPMAN | FLS | 92-0881-CIV- |
| CARTER, WILLIAM | 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 | ROBLES | FLS | 92-1052 |
| COURSON, HARVEY L. | 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 | ROBLES | FLS | 92-1052 |
| PASCHKE, RICHARD | 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 | ROBLES | FLS | 92-1052 |
| GUTHRIE, CARL | 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 | ROBLES | FLS | 92-1053 |
| BRAGG, JOHN T. | 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 | ROBLES | FLS | 92-1112 |
| FIORENTINO, MICHAEL LOUIS | 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 | ROBLES | FLS | 92-1112 |
| ISON, GLEN | 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 | ROBLES | FLS | 92-1112 |
| MORGAN, ROGER J. | 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 | ROBLES | FLS | 92-1112 |
| NEWTON, WALTER EVAN | 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 | ROBLES | FLS | 92-1112 |
| SINGLETON, JIMMIE C. | 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 | ROBLES | FLS | 92-1112 |
| TURNER, GENE | 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 | ROBLES | FLS | 92-1112 |
| BALES, GEORGE J. | 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 | ROBLES | FLS | 92-1295 |
| BLAND, OSCAR C. | 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 | ROBLES | FLS | 92-1295 |
| BRADLEY, THOMAS C. | 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 | ROBLES | FLS | 92-1295 |
| CAPPS, CHARLES G. | 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 | ROBLES | FLS | 92-1295 |
| DUNCAN, JASPER G., JR. | 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 | ROBLES | FLS | 92-1295 |
| JENNINGS, REGINALD E. | 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 | ROBLES | FLS | 92-1295 |
| JERNIGAN, AUBREY E. | 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 | ROBLES | FLS | 92-1295 |
| JOYNER, HERBERT L. | 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 | ROBLES | FLS | 92-1295 |
| KITTRELL, WALTER S. | 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 | ROBLES | FLS | 92-1295 |
| MERRITT, CLARENCE E. | 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 | ROBLES | FLS | 92-1295 |
| NORTON, JAMES L. | 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 | ROBLES | FLS | 92-1295 |
| ATHA, EUGENE D. | 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 | ROBLES | FLS | 92-6183 |
| STONE, CHARLES F. | 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 | ROBLES | FLS | 92-6184 |
| JAMES, ERNEST S. | 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 | ROBLES | FLS | 92-6185 |
| JOHNSON, KENNETH L. | 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 | ROBLES | FLS | 92-6186 |
| BRYANT, JAMES E. | 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 | ROBLES | FLS | 92-6187 |
| BROOK, JOHN E. | 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 | ROBLES | FLS | 92-6188 |
| WILLIAMS, GREENVILLE JR. | 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 | ROBLES | FLS | 92-6189 |
| LONG, CHARLES G. | 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 | ROBLES | FLS | 92-6190 |

| Name | SSN | Plaintiff Counsel | Court | Docket |
|---|---|---|---|---|
| BROWN, RUBIN M. | 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 | ROBLES | FLS | 92-6191 |
| CLEMONS, DARRELL A. | 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 | ROBLES | FLS | 92-6192 |
| CARTY, LARRY E. | 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 | ROBLES | FLS | 92-6193 |
| CASTLE, WALTER | 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 | ROBLES | FLS | 92-6194 |
| FARTHING, HARRISON C. | 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 | ROBLES | FLS | 92-6195 |
| COURTNEY, WALTER L. | 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 | ROBLES | FLS | 92-6197 |
| JOSEPH, MARK L. | 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 | ROBLES | FLS | 92-6198 |
| PATRICK, BROOKS | 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 | ROBLES | FLS | 92-6199 |
| BROWN, WALTER S. | 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 | ROBLES | FLS | 92-6200 |
| STEGER, WILIAM O. | 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 | ROBLES | FLS | 92-6201 |
| HAMILTON, CHESTER L. | 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 | ROBLES | FLS | 92-6202 |
| CASKEY, WILLIAM B. | 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 | ROBLES | FLS | 92-6203 |
| VICARS, ERNEST R. | 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 | ROBLES | FLS | 92-6205 |
| MYERS, WAYNE A. | 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 | ROBLES | FLS | 92-6206 |
| DAULTON, JOE H. | 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 | ROBLES | FLS | 92-6208 |
| BLUE, HARRY F., JR. | 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 | FERRARO | FLS | CV-89-6538 |
| STRICKLIN, DONALD RAY | 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 | LIPMAN | FLS | CV-90-2021 |
| GEISINGER, BENJAMIN | 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 | LIPMAN | FLS | CV-91-1747 |
| BURGESS, ISHMUEL | 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 | ROBLES | FLS | CV-92-1078 |
| LOVELACE, JAMES E. | 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 | FERRARO | FLS | CV-92-1858 |
| NASH, ELBRIDGE | 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 | FERRARO | FLS | CV-92-1859 |
| MASTIANNI, SILVIO P. | 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 | FERRARO | FLS | CV-92-1861 |
| CARPENTER, PINAR V. | 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 | FERRARO | FLS | CV-92-1868 |
| CHAISSON, PHILLIP | 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 | FERRARO | FLS | CV-92-1875 |
| BRUMFIELD, TRULY | 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 | FERRARO | FLS | CV-92-1876 |
| DIGUISTO, DOMINIC | 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 | FERRARO | FLS | CV-92-1884 |
| EATON, PERCY | 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 | FERRARO | FLS | CV-92-1892 |
| WILLIAMS, THEADORE | 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 | RATINER | FLS | CV-93-2567 |