UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6202-CIV-DIMITROULEAS

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

    Plaintiff,

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,

    Defendant.

_____/



FILED by _____ D.C.

SEP 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE is before the Court upon Defendant, Lamborghini's Motion for Reconsideration of Court's Order Denying Motion to Dismiss and/or Strike Portions of Plaintiff's Complaint and Motion for Enlargement of Time [DE 16], filed herein on September 11, 2000. The Court has carefully considered the motion, and is otherwise fully advised in the premises.

This Court denied Defendant's Motion to Dismiss in its August 10, 2000 Order. Defendant attempts to re-visit the same arguments that this Court has already considered. This Court properly denied Defendant's Motion, and set forth sufficient reasoning to deny the Motion. The Court notes that contrary to Defendant's allegations, the Reply Memorandum was considered and not overlooked. The reasoning in the Reply Memorandum was not persuasive in light of the existing case law and Rules of Federal Civil Procedure.

Accordingly, it is



**ORDERED AND ADJUDGED** that:

1. Defendant's Motion for Reconsideration is hereby **DENIED**; and

2. Defendant's Motion for Enlargement of Time to Answer Plaintiffs' Complaint is hereby **GRANTED**, in part. Defendant shall respond to the Complaint by September 27, 2000.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __15__ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Myron Shapiro, Esq.
Harris Solomon, Esq.

2