UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6202-CIV-DIMITROULEAS

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

    Plaintiff,

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,
    Defendant.

_____/



### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER

THIS CAUSE is before the Court sua sponte.

The Court notes that an Order was entered on march 15, 2000 ordering that the parties shall hold a **scheduling conference** within twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of the complaint, whichever occurs first, and that within ten (10) days of the scheduling conference, counsel shall file a **joint scheduling report** pursuant to Local Rule 16.1(B)(7). The Court notes that on September 27, 2000, an Answer was filed herein by the Defendant; however, to date, the parties have not submitted a joint scheduling report.

Accordingly, after due consideration, it is

**ORDERED** that the parties are Ordered to Show Cause as to why the above-styled cause should not be dismissed for failure to comply with this Court's Orders. The Responses to the Order to Show Cause shall be filed by February 2, 2001. Additionally, the parties shall file a joint scheduling report by February 2, 2001. Failure to comply with this Order may result in



immediate dismissal, default judgment or sanctions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Harris K. Solomon, Esq.
Myron Shapiro, Esq.