UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6202 CIV-DIMITROULEAS

KAREL G. JOHNSON, and LISE H.
JOHNSON, his wife,

        Plaintiffs,

vs.

AUTOMOBILE LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II and JON DOE III,
individually,

        Defendants.
_____/



### DEFENDANT, AUTOMOBILE LAMBORGHINI SpA's,
### RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Defendant, Automobile Lamborghini SpA ("Lamborghini"), by and through undersigned counsel, pursuant this Court's January 22, 2001 Order to Show Cause hereby files its Response to said Order and respectfully states as follows:

**Procedural History**

1. On March 15, 2000 this Court entered an Order Requiring Counsel to meet and File Joint Scheduling Report.

2. Lamborghini was not served with summons and complaint until June 16, 2000.

3. Additionally, Lamborghini was not represented by counsel at the time the Order Requiring Counsel to meet and File Joint Scheduling Report was entered. In fact, it was not until June 28, 2000 undersigned counsel noticed their appearance as attorneys of record for Lamborghini.



4.  Though undersigned counsel has attempted to communicate with Plaintiffs counsel throughout the pendency of this litigation, the last correspondence from Plaintiffs' counsel prior this Court's Order to Show Cause was received on August 9, 2000 - nearly six months ago.

## Facts Supporting Dismissal

5.  Upon information and belief, Lamborghini asserts the origin of the case at bar is substantially based upon the facts and circumstances of *Martin v. Automobili Lamborghini, Exclusive, Inc., Automobili Lamborghini USA, Inc. and Automobili Lamborghini, SpA*, Case No. 98-6621-CIV-DIMITROULEAS/JOHNSON - a case with which this Court is intimately familiar.

6.  The lack of action and failure to prosecute this matter, as reflected in this Court's record, is indicative of the lack of *bona fidas* nature of this claim.

7.  Upon information and belief, counsel for Plaintiffs in the case at bar has withdrawn as counsel for the Plaintiff in the *Martin* case because of the fraud and collusion of paralegal Brian Neiman and attorney Saul Smolar, among others. Notably, paralegal Neiman and attorney Smolar originally represented the Johnson Plaintiffs in the development of the case at bar. Because it has been established that Neiman often "created" causes of action and signed pleadings and correspondence in Smolar's name, the propriety of this action is shrouded with doubt.

8.  Additionally, it has come to Lamborghini's attention counsel for Plaintiffs herein has withdrawn from no less than six other cases wherein he represented Brian Neiman - the individual responsible for the genesis of the within action.

9.  Lamborghini verily believes if the fraudulent background information was brought to Plaintiff Johnsons' attention, there is a reasonable likelihood the Johnsons would voluntarily discontinue this lawsuit.

10.  While the facts demonstrate that an immediate dismissal is appropriate, at a minimum, a meeting is required between counsel for each party and Plaintiffs, Mr. and

- 2 -

Mrs. Johnson. Short of this meeting, the immediate deposition of Mr. and Mrs. Johnson is required in order to determine the propriety of this action.

WHEREFORE, Defendant Automobile Lamborghini SpA, respectfully requests this Court enter an Order Dismissing this case for lack of prosecution, or in the alternative, Order a meeting between counsel and Plaintiffs and/or the immediate deposition of Plaintiffs.

MYRON SHAPIRO
Fla. Bar No. 399205
**HERZFELD & RUBIN**
Attorneys for Automobile Lamborghini SpA
80 S.W. 8TH Street, Suite 1920
Miami, Florida 33130
Telephone:   (305) 381-7999
Facsimile:    (305) 381-8203
E-Mail:         herzfeld@hr-miami.com

- 3 -

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via telefacsimile and deposited in the U.S. Mail this 2 day of February, 2001, to HARRIS K. SOLOMON, ESQ., Brinkley, McNerney, Morgan, Solomon & Tatum, LLP, Sun-Sentinel Building, 200 East Las Olas Boulevard, Suite 1800, Ft. Lauderdale, Florida 33301-2209.

MYRON SHAPIRO
Fla. Bar No. 399205
**HERZFELD & RUBIN**
Attorneys for Automobile Lamborghini SpA
80 S.W. 8TH Street, Suite 1920
Miami, Florida 33130
Telephone:   (305) 381-7999
Facsimile:   (305) 381-8203
E-Mail:   herzfeld@hr-miami.com

J:\Lamborghini\3648\Pldgs\Response2ShowCause.wpd