**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

Plaintiffs,                                    CASE NO. 00-6202-CIV-DIMITROULEAS

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,

Defendants.

_____/

## JOINT SCHEDULING REPORT

Plaintiffs Karel and Lise Johnson ("Johnson") and Defendant Automobili Lamborghini SpA

("Lamborghini"), pursuant to S.D. Fla. L.R. 16.1.B.7, hereby submit their Joint Scheduling Report:

### (a)    DISCOVERY SCHEDULE

The parties are in the process of exchanging documents and names of witnesses in

compliance with Local Rule 16.1.B.1 and 4, and will have completed the exchange within 20 days.

Written discovery requests shall be served by July 1, 2001. All discovery/depositions shall

be completed by September 21, 2001. Defendant Lamborghini is located in Italy. Although it is

presently unknown whether the Hague Convention on the Taking of Evidence Abroad in Civil or

Commercial Matters will be a factor in this case, the parties will attempt to overcome any logistical

and/or language problems to conclude discovery by September 21, 2001.



**(b)    THE LIKELIHOOD OF SETTLEMENT**

While the parties have previously discussed settlement, amicable resolution of this matter does not presently appear likely. That notwithstanding, the parties remain willing and open to options and opportunities to resolve this matter without resort to trial or other Court procedures.

**(c)    THE LIKELIHOOD OF THE APPEARANCE OF OTHER PARTIES**

It is possible that this action will involve the appearance of other parties. Named defendants Michael Kimberly and Joe Does I, II and III have not been served, although service was attempted on Mr. Kimberly but the process server was informed by Lamborghini that Mr. Kimberly no longer could be found at that address. Plaintiff requests an additional 120 days to serve the remaining defendants, including Michael Kimberly and John Does I, II and III should their identity and location be disclosed during the course of discovery. Should any or all of these defendants be served, Plaintiffs request an additional 120 days to conduct discovery with respect to those defendants.

Lamborghini does not believe Mr. Kimberly or other unidentified individuals are proper parties and object to any request for additional time to effectuate service or conduct additional discovery, and believes that more than enough time has passed to have effectuated service if there was any merit to such actions.

**(d)    TIME LIMITS**

**(i)    Joinder of Additional Parties and Amendment of Pleadings**

The deadline for the joinder of additional parties and amendment of pleadings should be no later than March 30, 2001. Lamborghini wishes to make clear it is opposed to and objects to any additional time to join Mr. Kimberly and/or John Does I, II and III.

-2-

### (ii)     Filing and Hearing of Motions

Pretrial motions shall be filed no later than October 1, 2001 and heard no later than November 5, 2001.

### (iii)     Completion of Discovery

Plaintiffs shall disclose their expert witnesses and provide the Rule 26 report by May 15, 2001. Defendants shall disclose their expert witnesses and provide the Rule 26 report by June 15, 2001. Depositions of Plaintiffs' experts may be commenced after Defendant has provided its Rule 26 report, and shall be concluded by July 15, 2001. Depositions of Defendants' experts may be taken beginning July 15, 2001 until August 20, 2001.

### (e)     PROPOSAL FOR THE FORMULATION AND SIMPLIFICATION OF ISSUES

The parties will endeavor to work together to simplify the issues as may become necessary by any practical method available, avoiding the involvement of the Court or judicial procedure whenever possible.

### (f)     NECESSITY OR DESIRABILITY OF AMENDING THE PLEADINGS

At this time, Plaintiffs contemplate amending their Complaint, and request until March 30, 2001 to do so. In addition, Plaintiffs request 120 days to add the names of John Doe I, II and III should they become available.

Lamborghini believes more than enough time has passed to amend the complaint and opposes any request for additional time. Additionally, Lamborghini objects to any request for additional time to add the names of John Does I, II and III.

**(g)    POSSIBILITY OF OBTAINING ADMISSIONS OF FACT AND DOCUMENTS WHICH WILL AVOID UNNECESSARY PROOF, STIPULATIONS REGARDING AUTHENTICITY OF DOCUMENTS AND THE NEED FOR ADVANCE RULING FROM THE COURT ON ADMISSIBILITY OF EVIDENCE**

The parties agree to use their best efforts and anticipate being able to stipulate to the authenticity of relevant documents and to certain statements of fact.

**(h)    SUGGESTIONS FOR AVOIDANCE OF UNNECESSARY PROOF AND OF CUMULATIVE EVIDENCE**

At this time, the parties do not anticipate the need for advanced rulings from the Court respecting the admissibility of evidence beyond the framework provided for motions in limine. Because discovery is not yet sufficiently developed, it is unclear to what extent the parties will require the Court's advanced participation in ruling on the admissibility of evidence.

**(i)    REFERRAL OF MATTER TO MAGISTRATE**

The parties do not request that the substantive matters of this action be heard or tried before a U.S. Magistrate Judge. However, the parties do not oppose the referral of discovery matters to the Magistrate Judge.

**(j)    PRELIMINARY ESTIMATE OF TIME FOR TRIAL**

The parties estimate that trial in this matter will take between seven (7) and ten (10) days.

**(k)    REQUESTED DATE FOR PRETRIAL CONFERENCE AND TRIAL**

The parties request a that final pretrial conference prior to the Calendar Call in this matter be scheduled for November 5, 2001, and that the trial of this matter be scheduled for trial on or about December 3, 2001.

-4-

### (l)  OTHER INFORMATION THAT MIGHT BE HELPFUL IN SETTLING THE CASE FOR STATUS OR PRETRIAL CONFERENCE

The parties are unaware of any other information that might be helpful to the Court in setting

the case for a status or pretrial conference.

BRINKLEY, McNERNEY, MORGAN,
  SOLOMON & TATUM, LLP
Counsel for Plaintiffs
P.O. Box 522
Fort Lauderdale, Florida 33302-0522
(954) 522-2200 Telephone
(954) 522-9123 Facsimile

By: _____

Harris K. Solomon
Fla. Bar No. 259411

HERZFELD & RUBIN
Counsel for ALSPA
Brickell Bayview Center
80 S.W. 8th Street
Miami, Florida 33130
(305) 381-7999 Telephone
(305) 381-8203 Facsimile

By: _____

Myron Shapiro, Esq.
Florida Bar No. 399205

G:\WPFILES\CLIENTS\Johnson.Karrf\Lamborghini\Pleading\Joint Scheduling Report.wpd

-5-