## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

      Plaintiffs,               CASE NO. 00-6202-CIV-DIMITROULEAS

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,

      Defendants.

                            /

NIGHT BOX
FILED

JUN    4. 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## PLAINTIFFS' MOTION TO COMPEL BETTER ANSWER TO INTERROGATORY
## AND INCORPORATED MEMORANDUM OF LAW

    Plaintiffs Karel and Lise Johnson, by and through undersigned counsel, and pursuant to Fed.

R. Civ. P. 37(a) and S.D. Fla. L. R. 26.1, hereby submit their Motion to Compel Better Answer to

Interrogatory and Incorporated Memorandum of Law. In support, Plaintiffs state as follows:

    1.    On March 27, 2001, Plaintiffs served their First Interrogatory upon Defendant

Automobili Lamborghini SpA ("Lamborghini"), a copy of which is attached hereto as Exhibit A.

    2.    On May 3, 2001, Lamborghini served its response to the interrogatory ("Response"),

a copy of which is attached hereto as Exhibit B. Lamborghini's Response is not signed by the party,

nor is it signed under oath. Instead, the Response is signed by one of Lamborghini's attorneys.

    3.    The Interrogatory and Response are:

> For each recall notice or safety warning issued for the 1996 and 1997 Diablo
> Roadster, please explain all of the facts of which you were aware that led you to issue
> said notice or safety warning.

BRINKLEY, MCNERNEY, MORGAN, SOLOMON & TATUM, LLP
200 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FLORIDA 33301 (954) 522-2200

> Answer:    The vehicle which is the subject matter of this lawsuit is a 1996 Lamborghini Diablo Roadster bearing vehicle identification number ZA9RU37P6TLA12522. Counsel for Lamborghini have possession of NHTSA recall file 98V030 which may be examined by counsel for plaintiffs. Objection is respectfully made to inquiry pertaining to recall campaigns not applicable to the subject vehicle on the grounds that it seeks information not relevant and is not reasonably calculated to lead to the discovery of admissible evidence.

4.    On May 17, 2001, undersigned counsel contacted in writing counsel for Lamborghini

in an effort to resolve Lamborghini's objections to the Interrogatory. The letter is attached hereto

as Exhibit C.

5.    Under cover of a letter dated May 31, 2001 (attached hereto as Exhibit D),

Lamborghini made its response to the May 17, 2001 letter, and produced documents it described to

be campaign materials with respect to recall campaign No. 98 V 030.

6.    The documents which Lamborghini has produced contradict its argument that only

information regarding 1996 model Lamborghinis is relevant. The first page of the documents, a

March 26, 1998 memorandum from Exclusive to All Lamborghini Dealers, pertains to "1996 & 1997

Lamborghini Roadsters – Automatic Window Retraction System." The first line of the body of the

memorandum reads:

> Automobili LAMBORGHINI, S.p.A. (LAMBORGHINI) has determined that a defect which relates to motor vehicle safety exists **in some of the 1996 and early production 1997 Diablo Roadster models**.

(emphasis added). The clear implication of this notice is that the 1996 and 1997 Lamborghinis

shared the same defects. For purposes of civil discovery, the definition of relevance is quite broad.

See Kreuzfeld, A.G. v. Carnehammar, 138 F.R.D. 594, 607 (S.D. Fla. 1991)(citing Hickman

v.Taylor, 329 U.S. 495 (1947)(with respect to relevancy, discovery rules are to be accorded a broad

2

and liberal treatment). Therefore, information pertaining to all defects in both 1996 and 1997 Lamborghini's most certainly is relevant, and calculated to lead to the discovery of admissible evidence.

7.    In addition to its misplaced relevance objection, Lamborghini's response is deficient because it fails to supply the information requested. The interrogatory requests "all of the facts of which you were aware that led you to issue said notice or safety warning." In order to properly respond to this question, a representative of Lamborghini must under oath, detail what information the company possessed that caused it to initiate all recalls and safety notices for 1996 and 1997 Diablo Roadsters. The documents produced are associated with the recall campaign itself, not the facts which demonstrated the need for such a campaign. While Fed. R. Civ. P. 33 allows for the submission of documents in response to an interrogatory, the condition remains that the documents must fully respond to the interrogatory. Lamborghini's Response and the documents provided pursuant thereto are wholly inadequate.

8.    Undersigned counsel certifies that he has conferred in writing with counsel for Lamborghini in a good faith effort to resolve this discovery dispute but has been unable to do so.

WHEREFORE, Plaintiffs Karel and Lise Johnson respectfully request this Honorable Court enter an Order compelling Lamborghini to make a better response to their Interrogatory, awarding payment of its reasonable expenses, including attorneys fees, incurred in making this motion, and to order any other relief it deems just and proper.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail

this __4th__ day of __June__, 2001, on Myron Shapiro, Esq., Attorney for Defendant

Lamborghini, Herzfeld & Rubin, Brickell Bayview Centre, 80 SW 8th Street, Suite 1920, Miami,

Florida 33130.

BRINKLEY, McNERNEY, MORGAN
SOLOMON & TATUM, LLP
Attorneys for Plaintiffs
200 East Las Olas Boulevard, Suite 1900
Fort Lauderdale, Florida 33301-2209
(954) 522-2200
(954) 522-9123 (fax)

By: _____

HARRIS K. SOLOMON
Florida Bar No. 259411
MARK A. LEVY
Florida Bar No. 121320

4

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### FT. LAUDERDALE DIVISION

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

      Plaintiffs,                     CASE NO. 00-6202-CIV-DIMITROULEAS

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,

      Defendants.

_____/

### NOTICE OF PLAINTIFFS' FIRST INTERROGATORY TO
### DEFENDANT, AUTOMOBILI LAMBORGHINI SPA

    **COME NOW** the Plaintiffs, Karel G. Johnson and Lise H. Johnson, by and through their

undersigned counsel, pursuant to Rules 1.280 and 1.340 of the Florida Rules of Civil Procedure, and

propounds the attached Interrogatory to the Defendant, Automobili Lamborghini SpA.   Such

Interrogatories must be answered by the Defendant completely, in writing and under oath within

thirty (30) days from the date of service hereof, and served in such completed form on the Plaintiffs.

#### DEFINITIONS (INDIVIDUAL INTERROGATORIES)

    As used herein, the terms "you", "your", or "yourself" refer to the party to whom these Interrogatories

have been propounded, each of his/her agents, representatives, and attorneys, and each person acting or

purporting to act on his/her behalf.

    REPRESENTATIVE.   As used herein, the term "representative" means any and all agents,

employees, servants, officers, directors, attorneys, or other persons acting or purporting to act on behalf of

the person in question.

BRINKLEY, McNERNEY, MORGAN, SOLOMON & TATUM, LLP
200 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FLORIDA 33301 (954) 522-2200

EXHIBIT "A"

PERSON. As used herein, the term "person" means any natural individual in any capacity whatsoever or any entity or organization, including divisions, departments, and other units therein, and shall include, but not be limited to, a public or private corporation, partnership, joint venture, voluntary or unincorporated association, organization, proprietorship, trust, estate, governmental agency, commission, bureau, or department.

DOCUMENT. As used herein, the term "document" means any medium upon which intelligence or information can be recorded or retrieved, and includes, without limitation, the original and each copy, regardless of origin and location, of any book, pamphlet, periodical, letter, memorandum, (including any memorandum, or report of a meeting or conversation), invoice, bill, order form, receipt, financial statement, accounting entry, diary, calendar, telex, telegram, cable, report, record, contract, agreement, study, handwritten note, draft, working paper, chart, paper, print, laboratory record, drawing, sketch, graph, index, list, tape, photograph, microfilm, data sheet or data processing card, or any other written, recorded, transcribed, punched, taped, filmed, or graphic matter, however produced or reproduced, which is in your possession, custody, or control or which was, but is no longer, in your possession, custody or control.

COMMUNICATION. As used herein, the term "communication" means any oral or written utterance, notation, or statement of any nature whatsoever, by and to whomsoever made, including, but not limited to, correspondence, conversations, dialogues, discussions, interviews, consultations, agreements, and other understandings between or among two or more persons.

IDENTIFICATION. As used herein, the terms "identification", "identify", or "identity", as used in reference to (a) a natural individual, require you to state his or her full name and residential and business addresses; (b) a corporation, require you to state its full corporate name and any names under which it does business, its state of incorporation, the address of its principal place of business, and the addresses of all of its offices in the State of Florida; (c) a business, require you to state the full name or style under which the business is conducted, its business address or addresses, the type of businesses in which it is engaged, the

2

geographic areas in which it conducts those businesses, and the identity of the person or persons who own, operate, and control the business; (d) a document, require you to state the number of pages and the nature of the document (e.g., letter or memorandum), its title, its date, the name or names of its authors and recipients, and its present location and custodian; (e) a communication, require you, if any part of the communication was written, to identify the document or documents which refer to or evidence the communication, and, to the extent that the communication was non-written, to identify the persons participating in the communication and to state the date, manner, place and substance of the communication.

IDENTIFICATION OF DOCUMENTS. With respect to each Interrogatory, in addition to supplying the information requested, you are to identify all documents that support, refer to, or evidence the subject matter of each Interrogatory and your answer thereto.

If any or all documents identified herein are no longer in your possession, custody, or control because of destruction, loss, or any other reason, then do the following with respect to each and every such document: (a) describe the nature of the document (e.g., letter or memorandum); (b) state the date of the document; (c) identify the persons who sent and received the original and a copy of the document; (d) state the subject matter of the document; and (e) state the basis upon which you contend you are entitled to withhold the document from production.

If you contend that you are entitled to withhold from production any or all documents identified herein on the basis of the attorney-client privilege, the work-product doctrine, or other ground, then do the following with respect to each and every document: (a) describe the nature of the document (e.g., letter or memorandum); (b) state the date of the document; (c) identify the persons who sent and received the original and a copy of the document; (d) state the subject matter of the document; and (e) state the basis upon which you contend your are entitled to withhold the document from production.

CONTENTION INTERROGATORIES. When an Interrogatory requires you to "state the basis of" a particular claim, contention, or allegation, state in your response the identity of each and every

3

communication and each and every legal theory that you think supports, refers to, or evidences such claim, contention, or allegation.

THE WORD "OR". As used herein, the word "or" appearing in an Interrogatory should not be read so as to eliminate any part of the Interrogatory, but whenever applicable, it should have the same meaning as the word "and". For example, an Interrogatory stating "support or refer" should be read as "support and refer" if an answer that does both can be made.

I HEREBY CERTIFY that the original Interrogatory has been furnished, together with a copy of the face sheet, to Myron Shapiro, Esq., Attorney for Defendant ALSPA, Herzfeld & Rubin, Brickell Bayview Centre, 80 SW 8th Street, Suite 1920, Miami, Florida this 27th day of March, 2001.

> BRINKLEY, McNERNEY, MORGAN,
> SOLOMON & TATUM, LLP
> Attorneys for Plaintiffs
> Post Office Box 522
> Fort Lauderdale, FL 33302-0522
> Telephone 954-522-2200

> By: _____
>
> Harris K. Solomon
> Florida Bar Number 259411

4

## INTERROGATORY

1.   For each recall notice or safety warning issued for the 1996 and 1997 Diablo
     Roadsters, please explain all of the facts of which you were aware that led you to
     issue said notice or safety warning.

STATE OF                    )
                            (ss.
County of                   )

        BEFORE ME, the undersigned authority, personally appeared _____,
known to me to be the _____ of Automobili Lamborghini SpA, who, after first by
me being duly sworn, deposes and says that he/she is authorized in the foregoing capacity to execute
these Answers to Interrogatories, and that they are true and correct to the best of his/her information
and belief.

        IN WITNESS WHEREOF, I have hereunto set my hand and seal this _____ day of
_____, 2001.

                                            _____

                                            Notary Public

                                            _____

                                            Printed Name of Notary

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6202-CIV-(DIMITROULEAS)/Magistrate Judge(JOHNSON)

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

      Plaintiff(s),

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,

Defendant(s).
_____/

RESPONSE OF AUTOMOBILI LAMBORGHINI S.p.A.
TO PLAINTIFFS' INTERROGATORY

1.    For each recall notice or safety warning issued for the 1996 and 1997 Diablo

Roadster, please explain all of the facts which you were aware that led you to issue said notice or

safety warning.

ANSWER:    The vehicle which is the subject matter of this lawsuit is a 1996

Lamborghini Diablo Roadster bearing vehicle identification number ZA9RU37P6TLA12522 (the

"vehicle"). Counsel for Automobili Lamborghini S.p.A. have possession of NHTSA recall file

98V030 which may be examined by counsel for plaintiffs. Objection is respectfully made to inquiry

pertaining to recall campaigns not applicable to the subject vehicle on the grounds that it seeks

information not relevant and is not reasonably calculated to lead to the discovery of admissible

evidence.

HERZFELD & RUBIN
BRICKELL BAYVIEW CENTRE · 80 SOUTHWEST 8TH STREET, SUITE 1920 · MIAMI, FL 33130 · TEL (305) 381-7999 · TELEFAX (305) 381-8203

EXHIBIT "B"

MYRON SHAPIRO
Fla. Bar No. 399205
**HERZFELD & RUBIN**
Attorneys for Automobile Lamborghini SpA
80 S.W. 8TH Street, Suite 1920
Miami, Florida 33130
Telephone:    (305) 381-7999
Facsimile:    (305) 381-8203
E-Mail:    herzfeld@hr-miami.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via telefacsimile and U.S. Mail this 3rd day of May, 2001, to HARRIS K. SOLOMON, ESQ., Brinkley, McNerney, Morgan, Solomon & Tatum, LLP, Sun-Sentinel Building, 200 East Las Olas Boulevard, Suite 1800, Ft. Lauderdale, Florida 33301-2209.

MYRON SHAPIRO
Fla. Bar No. 399205
**HERZFELD & RUBIN**
Attorneys for Automobile Lamborghini SpA
80 S.W. 8TH Street, Suite 1920
Miami, Florida 33130
Telephone:    (305) 381-7999
Facsimile:    (305) 381-8203
E-Mail:    herzfeld@hr-miami.com

# BRINKLEY, McNERNEY, MORGAN, SOLOMON & TATUM, LLP

ATTORNEYS AT LAW
SUITE 1900
NEW RIVER CENTER
200 EAST LAS OLAS BOULEVARD
FORT LAUDERDALE, FLORIDA 33301-2209

W. MICHAEL BRINKLEY
KEVIN P. CROSBY **
KENNETH E. KEECHL
DONALD J. LUNNY, JR.◊
MICHAEL J. McNERNEY +
PHILIP J. MORGAN *
HARRIS K. SOLOMON +
ROBERTA G. STANLEY ++
THOMAS R. TATUM
STEPHEN L. ZIEGLER

+ BOARD CERTIFIED BUSINESS LITIGATION LAWYER
* BOARD CERTIFIED REAL ESTATE LAWYER
++ BOARD CERTIFIED MARITAL AND FAMILY LAWYER
** REGISTERED PATENT ATTORNEY
◊ BOARD CERTIFIED CITY, COUNTY &
   LOCAL GOVERNMENT LAWYER

TELEPHONE (954) 522-2200
FACSIMILE (954) 522-9123
e-mail. lawfirm@brinkleymcnerney.com

MAILING ADDRESS:
POST OFFICE BOX 522
FORT LAUDERDALE, FLORIDA 33302-0522

JOHN R. TATUM
(1926-1995)

SCOTT P. CHITOFF
LOUIS R. GIGLIOTTI
KENNETH A. GORDON
DAVID F. HANLEY
KENNETH J. JOYCE
JEFFREY S. KURTZ
JOHN N. LAMBROS
MARK A. LEVY
JULIETTE E. LIPPMAN
JONATHAN M. STREISFELD
VERONICA VILARCHAO

May 17, 2001

Myron Shapiro, Esq.
HERZFELD & RUBIN
Brickell Bayview Centre
80 SW 8th Street, Suite 1920
Miami, Florida 33130

Re:    Johnson v. Automobili Lamborghini, SpA,
       Case No. 00-6202-CIV-DIMITROULEAS

Dear Mr. Shapiro:

We are in receipt of the Response of Automobili Lamborghini S.p.A. to Plaintiffs' Interrogatory, which was served on May 3, 2001. With respect to the NHTSA recall file 98V030 which you make available for examination, please advise as to how voluminous that file is, as we may wish to have the entire file copied rather than travel to Miami for an inspection.

With respect to your objection regarding inquiry pertaining to recall campaign not applicable to the subject vehicle, we do not believe that this objection has foundation. Therefore, pursuant Local Rule 26.1.I, we are making a good faith effort to resolve this dispute in lieu of filing a Motion to Compel.

The allegations in Plaintiffs' Complaint are that their Lamborghini, and all other similar Lamborghinis, are defective. Information that the company has regarding such defects most certainly is relevant and reasonably calculated to lead to the discovery of admissable evidence. Furthermore, the Interrogatory requests an explanation of all facts which Lamborghini was aware of that led to the issuance of the notices and safety warnings. I do not believe that a mere reference to documents sufficiently responds to this request.

I look forward to your response.

Very truly yours,

Harris K. Solomon

EXHIBIT "C"

# HERZFELD & RUBIN

BRICKELL BAYVIEW CENTRE
80 S.W. 8TH STREET, SUITE 1920
MIAMI, FLORIDA 33130
TELEPHONE: (305) 381-7999
TELEFAX: (305) 381-8203
E-MAIL: herzfeld@hr-miami.com
HOME PAGE: http://www.hrfirm.com

**MYRON SHAPIRO, ESQ.***
ALSO ADMITTED IN NEW YORK*

May 31, 2001

Harris K. Solomon, Esq.
Brinkley, McNerney, Morgan, Solomon & Tatum, LLP
Sun-Sentinel Building
200 East Las Olas Boulevard, Suite 1800
Ft. Lauderdale, Florida 33301-2209

> *Re:    Johnson v. Lamborghini*
> *Our File No. 3013.3648*

Dear Mr. Solomon:

This letter is intended to respond to your letter of May 17, 2001.

With respect to recall campaign No. 98 V 030, we are enclosing the campaign materials.

As you are aware, the Johnson vehicle is a 1996 model. Recall campaign No. 98 V 030 includes the 1996 model year. We believe recalls that do not include the 1996 Lamborghini Diablo Roadster are irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. If you have information to the contrary, please submit that information to us for consideration. Furthermore, Federal Rule of Civil Procedure 33(d) permits the production of business records as being sufficient to answer an interrogatory.

Regarding your position that recall campaign materials for later model Lamborghini Diablo Roadsters is relevant, you are advised that such information is a matter of public record and can be obtained from the National Highway Traffic Safety Administration and is equally accessible to Plaintiffs.

Very truly yours,

MYRON SHAPIRO

MS:mm
Enclosures
G:\Client\Lamborghini\3648\Ltrs\Solomon053101(ms).wpd

NEW YORK OFFICE
HERZFELD & RUBIN P.C.
40 WALL STREET
NEW YORK, NEW YORK 10005
(212) 344-5500

NEW JERSEY OFFICE
CHASE, KURSHAN, WEIDENFELD,
HERZFELD & RUBIN, LLC
5N REGENT STREET, SUITE 506
LIVINGSTON, NEW JERSEY 07039
(973) 535-8840

CALIFORNIA OFFICE
HERZFELD & RUBIN
1925 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067
(310) 553-0451

EXHIBIT "D"

**Exclusive**
U.S. DISTRIBUTOR FOR AUTOMOBILI LAMBORGHINI   2441-B South Pullman Street   Santa Ana, California 92705   714-261-8872

TO:        ALL LAMBORGHINI DEALERS

FROM:      EXCLUSIVE:

SUBJECT:   **LAMBORGHINI SAFETY RECALL CAMPAIGN NO. 98 V 030**

DATE:      03/26/98

VEHICLE:   1996 & 1997 LAMBORGHINI ROADSTERS – AUTOMATIC WINDOW RETRACTION SYSTEM

### ATTENTION - DEALER PRINCIPAL

### THIS NOTICE IS SENT TO YOU IN ACCORDANCE WITH THE REQUIREMENTS OF THE NATIONAL TRAFFIC AND MOTOR VEHICLE SAFETY ACT.

Automobili LAMBORGHINI, S.p.A. (LAMBORGHINI) has determined that a defect which relates to motor vehicle safety exists in some of the 1996 and early production 1997 Diablo Roadster models. The defect may cause the automatic window retraction system, that allows the vehicle door or doors to open, to remain in the closed position. If this occurs, you will not be able to exit (or enter) the vehicle without extreme and/or unusual efforts.

The owner letter (attached) advises the owner of Emergency measures to be taken if either the driver or passenger are unable to exit the vehicle due to this problem. The owner is being directed to contact the local Authorized LAMBORGHINI Dealer for an appointment to have the vehicle Inspected and, if needed, repaired with the new, modified components.

If, after inspection, it is determined that an owner's vehicle is in need of this modification, Dealers are to follow the attached procedures and instructions carefully.

#### PLEASE NOTE:

#### CORRECT ANY VEHICLES IN STOCK BEFORE DELIVERY!

Federal law requires dealers to complete any outstanding safety recall service BEFORE any vehicle is delivered to the buyer or lessee. Violation of this requirement by a dealer could result in a civil penalty of up to $1000.00 per vehicle.

## ALL LAMBORGHINI SERVICE PERSONNEL SHOULD READ AND INITIAL!

### PROMPTLY CORRECT:

Eligible vehicles on the enclosed list.

### DEALER-OWNER CONTACT:

Immediately contact any owner whose name appears on the list. Give owner a copy of the Owner Letter.

### RECALL COORDINATOR CONTACT:

Please contact the Recall Coordinator at Exclusive, for answers to all questions or for any assistance regarding aspects of this Recall Campaign.

### EXCLUSIVE CONTACT:

Advise the Exclusive Recall Coordinator if:

An owner can not be contacted.

An owner can not make a service date.

## LABOR ALLOWANCES:

Labor time allowed for replacement of the door lock and microswitch will be 3.5 hours per door for R&R.
Inspection only 1.5 hours per door.

## PARTS ORDERING:

Immediately after contact from the owner for an appointment, fax a copy of a warranty repair order for the updated door locks and microswitches. Please print in bold letters "URGENT RECALL ORDER" ON THE TOP OF THE WARRANTY REPAIR ORDER. Also print (appointment date) on the top of the warranty repair order.

## PARTS ALLOWANCE:

The standard 20% parts allowance will be paid.

## SHIPPING CHARGES:

All shipping charges will be incurred by Exclusive. Note: Dealer Parts Department Personnel, please mark the Vin # of the vehicle and the current mileage on each part returned.

## CLAIM SUBMISSION:

Please refer to attached warranty repair order examples. Exclusive must have a completed warranty claim on file for each vehicle that this recall is performed on. Please submit your warranty claim as quickly as possible ensuring that it is complete and that all necessary documentation is attached.

## CUSTOMER VERIFICATION FORM:

In order to receive payment for your warranty claim for this recall, (you **must** have a complete customer verification form attached).

## SHOULD YOU ENCOUNTER ANY PROBLEMS OR HAVE ANY QUESTIONS, PLEASE CONTACT THE RECALL COORDINATOR IMMEDIATELY!

---

### CUSTOMER VERIFICATION FORM

---

Vehicle Identification Number _____

Date_____

Dealer (Please Print Dealership Name) _____

I hereby certify that the above described vehicle has been repaired to conform with the guidelines of Recall Number 98 V 030 . I have conferred with the owner and he has elected to not bring the vehicle in for an inspection. Therefore I am sending the owner this form to sign and the "Recall 98 V 030 Complete" label. I have instructed the owner where on the vehicle to place the label and that after the label has been placed on the vehicle, the owner is to sign this form and return immediately to

Service Manager (Please Print)

_____

Service Manager (Signature)

_____

Owner (Please Print Your Name)_____

Date_____

I hereby state that I am the owner of the above described vehicle. I confirm that my vehicle has been repaired in accordance with Recall Number 98 V 030 and that I have placed the "Recall 98 V 030 Complete" label in the specified area on my vehicle as directed by my Servicing Lamborghini Dealer for a check as I am satisfied that my vehicle has been repaired properly by my Servicing Lamborghini Dealer. I certify that I will mail this form back to                                  immediately.

Owner (Signature)

_____

BERZFELD AND RUBIN

## LAMBORGHINI

## INSPECTION/REPLACEMENT PROCEDURE FOR THE WINDOW RETRACTION/DOOR LOCK ASSEMBLY ON 96&97 ROADSTERS

010 Check for the correct, proper open/close function of each door;
020 With the door shut, close the glass completely with the window switch;
030 Open the door and remove the battery "disconnect" handle;
040 Remove the "Woofer" speaker and disconnect the wiring system;
~~050 Remove the cap covering the screw in the front side of the door closing handle;~~
060 Remove the light assembly in the rear side of the door closing handle;
070 Remove the screws for the small panel in the rear side of the door closing handle;
080 Take off the small panel in the rear side of the door closing handle;
090 Remove the door closing handle mounting screws (1 in the front side, 2 in the rear side) and remove the door closing handle;
100 Remove the door panel mounting screws and the panel itself together with the internal door opening handle;
110 Remove the protective cover inside the door;
120 Check the "type" of lock fitted and proceed as follows:

A) in case of a "new type" lock (see drawing "A") and a positive result of the check made in step 010 - follow the instructions given in steps 310 to 420;

B) in case of a "new type" lock (see drawing "A") and a negative result of the check made in step 010 - follow the instructions given in steps 290 to 420;

C) in case of an "old type" lock (see drawing "A") - follow the instructions given in steps 130 to 420

130 Remove the rod connecting the central door lock motor to the lock;
140 Remove the clips connecting the lock to the door opening button and to the door closing lever.
150 Remove the door opening cable from the lock;
160 Remove the door opening lever;
170 Remove the external reinforcement for the door lock assembly;
180 Remove the retaining screws for the lower door lock cover, and the cover;
190 Disconnect the door wiring harness from the microswitch assembly at the connector
200 Remove the mounting screws for the door lock and its closing lever;
210 Remove the door lock assembly and its closing lever;
220 Remove the clamp holding the lock microswitch onto the door closing lever;
230 Compare the old lock assembly with the New lock assembly (which includes a New microswitch), adjust the lever positions on the New assembly to match those of the old assembly, thereby allowing an installation with the lever connections at the proper position;
240 Install the new lock assembly with the closing lever, lower gasket and external reinforcement onto the door. Accurately adjust the external reinforcement position with specific shims to avoid any damage to the paint. Apply a medium thread locking product (Loctite 242 or Arexons System 52A42) to the mounting screws.
250 Attach the connections between the lock assembly, the closing lever and the opening button;

260   Install the d⟂⟂ ⟂ opening lever;

270   Install the door opening cable onto the lock assembly;

280   Install the rod connecting the central door lock motor to the lock;

290   Make the necessary adjustments to the lever assembly, the door opening cable and central door lock motor connecting rod to ensure that the entire assembly functions properly and correctly. Attach microswitch wire connector to door wiring harness.

300   Install the battery "disconnect" handle and check for the correct, proper function of the door, including the automatic window retraction system (install the door opening handle from the interior in order to avoid any interference with the door when closing it);

310   Grease the closing lever assembly with "Berulub FR 16 Bechem";

320   Re-check the lever assemblies for proper movements and recondition the "wax" coat in the metal plate junction inside the door;

330   Install the inside door protective cover (replace it if has been damaged in the removal step) and place the speaker wiring and the door opening wire in position for the installation of the interior door panel.

340   Install the interior door panel with appropriate mounting screws and the door opening handle;

350   Install the door closing handle with appropriate mounting screws;

360   Fit the cap covering the screw in the front side of the door closing handle ;

370   Position and install the small panel in the rear side of the door closing handle;

380   Install the light assembly in the rear side of the door;

390   Install the "Woofer" speaker in the panel and connect the wiring system;

400   Install the lower cover (only when the lock has been replaced);

410   Check all the functions of the entire door/window/lock system, make any alignment and/or adjustments that might be necessary;

420   Apply the sticker of "inspection" when inspection and/or repair has been completed, apply the sticker near VIN on driver's side door. Check the appropriate box(es) on sticker.

### APPLY THE STICKER -- "COMPLETED-RECALL 98 V 030"

Completed-Recall 98 V 030

☐ Inspection Completed          ☐ Inspection and Repair Completed

· Note:   Enclosure drawing "A" "B" "C" "D"
Reference spare parts catalogue tab. 9921.01.00 - 9921.03.00 - 9921.04.00



DRAWING "A"

"NEW TYPE"
MICROSWITCH WITH
NO BLADE

MICROSWITCH

BLADE

"OLD TYPE"
MICROSWITCH WITH
BLADE





00/01/01  FRI 13.12 FAX 3035743676    HERZFELD AND RUBIN    @012



ELIGIBLE LIST FOR    RECALL CAMPAIGN

ZA9RU37P3TLA12508

ZA9RU37P3TLA12509

ZA9RU37P4TLA12521

ZA9RU37P6TLA12522

ZA9RU37P3TLA12543

ZA9RU37P5TLA12544

ZA9RU37P2TLA12545

ZA9DUO7P9TLA12546

ZA9RU37P1TLA12556

ZA9RU37P3TLA12557

ZA9RU37P5TLA12558

ZA9RU37P7TLA12559

ZA9RU37P6VLA12605

ZA9RU37P8VLA12606

ZA9RU37PXVLA12607

ZA9RU37P1VLA12608

ZA9RU37P3VLA12609

ZA9RU37PXVLA12610

ZA9RU37P1VLA12611

ZA9RU37P3VLA12612

ZA9RU37P5VLA12613

ZA9RU37P7VLA12614

ZA9RU37P9VLA12615

ZA9RU37P0VLA12616

ZA9RU37P2VLA12617

ZA9RU37P4VLA12618

ZA9RU37P6VLA12619

ZA9RU37P2VLA12620

ZA9RU37P4VLA12621

ZA9RU37P2VLA12622

ZA9RU37P8VLA12623

ZA9RU37PXVLA12624

ZA9RU37P1VLA12625

ZA9RU37P3VLA12626

ZA9RU37P5VLA12627

ZA9RU37P7VLA12628

ZA9RU37P9VLA12629

ZA9RU37P5VLA12630

ZA9RU37P7VLA12631

ZA9RU37P9VLA12632

ZA9RU37P0VLA12633

ZA9RU37P2VLA12634

ZA9RU37P4VLA12635

ZA9RU37P6VLA12636

**Exclusive**
U.S. DISTRIBUTOR FOR AUTOMOBILI LAMBORGHINI  2441-B South Pullman Street  Santa Ana, California 92705  714-261-8872

**LAMBORGHINI**
Owner Notification Letter
03/26/98

VIN # - _____

Name: _____
Address: _____

**LAMBORGHINI**
**SAFETY RECALL CAMPAIGN**
**No. 98 V 820**

Dear _____,

This notice is sent to you in accordance with the requirements of the National Traffic and Motor Vehicle Safety Act.

Automobili LAMBORGHINI S.p.A. (LAMBORGHINI) has decided that a defect which relates to motor vehicle safety exists in some of the 1996 and early production 1997 Diablo Roadster models. The defect may cause the automatic window retraction system, that allows the vehicle door or doors to open, to remain in the closed position. If this occurs, you will not be able to exit (or enter) the vehicle without extreme and/or unusual efforts.

**IF THIS SITUATION WOULD EXIST, YOU MAY NOT BE ABLE TO EXIT YOUR VEHICLE - IF A VEHICLE CRASH OR FIRE SHOULD ALSO OCCUR!**

**YOU MAY STILL BE ABLE TO EXIT THE VEHICLE BY ONE OR MORE OF THE FOLLOWING METHODS:**

> 1 - Use the Emergency Handle supplied with the vehicle to override the automatic window retraction system and lower the window enough to permit the door handle to open the door. (Study the owners Manual Supplement supplied with the Roadster model to understand this operation in detail.)

OR

> 2 - With both hands, STRONGLY push the top edge of the window glass outward until it clears its top rubber molding enough to allow the door handle to open the door.

- 1

OR

3 - Release the 4 levers that secure the Roadster top to the vehicle and
STRONGLY push the top away from the vehicle, allowing enough
room for you to climb out. (Study the top releasing procedure in the
Owners Manual Supplement supplied with your Roadster model.)

LAMBORGHINI will remedy this Defect FREE OF CHARGE by replacing, if necessary, the
automatic window retraction micro-switch and corresponding door latch assembly. These
replacement components should now be available at your nearest LAMBORGHINI dealer. Please
call immediately to make an appointment for an inspection at the LAMBORGHINI dealer most
convenient for you to determine if replacement of one or both of these systems is necessary.

## UNTIL YOUR VEHICLE IS INSPECTED - WE SUGGEST THAT YOU DRIVE WITH BOTH WINDOWS OPEN AT LEAST 25mm(1 inch).

LAMBORGHINI's program to remedy this defect consists of :

  a. An Inspection of each automatic window retraction system on your vehicle
to determine if it is defective.

  b. If both systems on your vehicle are non-defective, the vehicle will be labeled
"Completed – Recall Campaign No. 98 V 030" and returned to you.

  c. If either one or both of your vehicle's systems are defective :

    (i) The defective system(s) will be replaced, free of charge with the new,
modified version of the micro switch and latch assembly.

    (ii) The vehicle will be labeled "Completed – Recall Campaign No. 98 V
030" and returned to you.

  d. If, for any reason, you cannot conveniently arrange to bring your vehicle to a
LAMBORGHINI dealer, please call Exclusive at   1-714-261-8872
(ask for the Recall Coordinator), and we will try to make special arrangements
to have your vehicle inspected.

If your vehicle requires only an inspection, it should take approximately 4 hours. If your vehicle
requires the replacement of the automatic window retraction system components, it could take 1
or 2  business days to complete and a Rental Car will be provided free of charge, if requested.

If you have any difficulty and/or complaint that cannot be resolved by the Recall Coordinator or
if Exclusive or the dealer has failed or is unable to remedy the defect without charge within 60
days after the vehicle has been delivered to the dealer for inspection, you may submit a
written complaint to the Administrator of the National Highway Traffic Safety Administration,
Room 5321, 400 Seventh Street, S.W., Washington, D.C. 20590, or call the toll-free Auto Safety
Hot Line at 1-800-424-9393 (Washington, D.C. area residents may call 202-366-0123).

2

If you are the Lessor [*1] of the vehicle, it is your obligation under Federal law to provide the lessee of the vehicle to which this notification letter refers with a copy of this letter. You must also maintain a record which identifies the lessee to whom you sent a copy of this letter, the date you sent the letter, and the Vehicle Identification Number of the vehicle that you have leased to that lessee and to which this notification applies.

We regret any inconvenience this Recall Campaign might cause you, but we urge you to take advantage of this opportunity to have your vehicle inspected and, if necessary, repaired so that you may continue to enjoy your LAMBORGHINI vehicle.

Sincerely,

Vik Keuylian
President
Exclusive

[*1] "Lessor" means a person or entity that is the owner, as reflected on the vehicle's title, of any five or more leased vehicles, as of the date of notification by the manufacturer of the existence of a safety related defect in one or more of the leased motor vehicles.

5