UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6202 CIV-(DIMITROULEAS)/Ma gistrate Judge Johnson

KAREL G. JOHNSON and LISE H. JOHNSON, his wife,

    Plaintiffs,

vs.

AUTOMOBILI LAMBORGHINI SpA, MICHAEL KIMBERLY, JON DOE I, JON DOE II and JON DOE III, individually,

    Defendants.
_____/



### DEFENDANT, AUTOMOBILI LAMBORGHINI SpA's, *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL BETTER ANSWER TO INTERROGATORY AND INCORPORATED MEMORANDUM OF LAW DATED JUNE 4, 2001

Defendant, Automobili Lamborghini SpA ("Lamborghini"), by and through undersigned counsel, pursuant to Southern District of Florida Local Rule 7.1, respectfully moves this Court for a brief six (6) business-day extension of time respond to Plaintiffs' Motion to Compel Better Answer to Interrogatory and Incorporated Memorandum of Law Dated June 4, 2001.

1.    On June 4, 2001. Plaintiffs served Lamborghini with Plaintiffs' Motion to Compel Better Answer to Interrogatory and Incorporated Memorandum of Law.

2.    Following the filing of Plaintiffs' Motion, counsel for Lamborghini contacted Plaintiffs' counsel in an effort to resolve the discovery dispute and have Plaintiffs withdraw their Motion.



3.      During this time frame, counsel for Lamborghini also forwarded several documents to Plaintiffs' counsel. However, Plaintiffs' counsel did not promptly receive the documents as Plaintiffs' counsel had a change of address and defense counsel was unaware of same.

4.      Defense counsel has also been out of state for the past week on an unrelated case, further shortening Lamborghini's time to file a response.

5.      Pursuant to Southern District of Florida Rule 7.1(A)(3)(a), undersigned counsel has communicated with Plaintiffs' counsel and Plaintiffs' counsel has no objection to this extension of time to respond.

6.      This Motion is not being made for delay or as a dilatory tactic. Rather, it is being made to allow undersigned counsel sufficient time to respond to Plaintiffs' Motion to Compel Better Answer to Interrogatory.

**WHEREFORE,** Defendant, Automobili Lamborghini SpA, respectfully urges this Court to enter an Order as follows:

1.      Granting its Motion for Extension of Time to respond to Plaintiffs' Motion to Compel Better Answer to Interrogatory and Incorporated Memorandum of Law Dated June 4, 2001.

2.      Allowing Automobili Lamborghini SpA up to and including Friday, June 29, 2001 to serve its response to Plaintiffs' Motion to Compel Better Answer to Interrogatory.

MYRON SHAPIRO
Fla. Bar No. 399205
**HERZFELD & RUBIN**
Attorneys for Automobili Lamborghini SpA
80 S.W. 8TH Street, Suite 1920
Miami, Florida 33130
Telephone:   (305) 381-7999
Facsimile:    (305) 381-8203
E-Mail:        herzfeld@hr-miami.com

- 2 -

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was deposited in the U.S. Mail this $\underline{21}$ day of June, 2001, to HARRIS K. SOLOMON, ESQ., Brinkley, McNerney, Morgan, Solomon & Tatum, LLP, Sun-Sentinel Building, 200 East Las Olas Boulevard, Suite 1900, Ft. Lauderdale, Florida 33301-2209.

MYRON SHAPIRO
Fla. Bar No. 399205
**HERZFELD & RUBIN**
Attorneys for Automobili Lamborghini SpA
80 S.W. 8TH Street, Suite 1920
Miami, Florida 33130
Telephone:  (305) 381-7999
Facsimile:   (305) 381-8203
E-Mail:       herzfeld@hr-miami.com

G:\Client\Lamborghini\3648\Pldgs\MExtTimetoRespondtoMTC.wpd

- 3 -