**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

    Plaintiffs,

CASE NO. 00-6202-CIV-DIMITROULEAS

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,

    Defendants.
_____/

## PLAINTIFFS' MOTION TO CONTINUE TRIAL DATE

Plaintiffs Karel and Lise Johnson, by and through undersigned counsel, and pursuant to S.D. Fla. L. R. 7.6, hereby submit this Motion to Continue Trial Date. In support, Plaintiffs state as follows:

1. On February 5, 2001, the Court issued an Order setting the trial date for the two week period commencing Monday, December 3, 2001.

2. Plaintiff Karel Johnson is required to be on an international business trip from December 10, 2001 until January 5, 2002. As stated in the parties Joint Scheduling Report, it is estimated that the trial of this matter will take 7-10 days. Therefore, it is extremely business trip has been scheduled since late last year. Upon discovery of the conflict with the trial date, Mr. Johnson attempted to make alternate arrangements to alleviate the conflict, but those attempts have been unsuccessful. It is essential that Mr. Johnson attend this business trip, much of which has been paid for and is unrefundable. See Affidavit of Karel Johnson in Support of Motion to Continue Trial Date, attached hereto as Exhibit A.

3.  This motion is being filed at the earliest practical date.

4.  The Defendant in this case will not be prejudiced by a short continuance of the trial date.

5.  This motion for continuance is not made for the purpose of delay.

6.  Undersigned counsel has contacted counsel for Defendant, who has no objection to the relief sought.

WHEREFORE, Plaintiffs Karel and Lise Johnson respectfully request this Honorable Court enter an Order continuing the trial to any time after January 5, 2002.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail this 22nd day of June, 2001, on Myron Shapiro, Esq., Attorney for Defendant ALSPA, Herzfeld & Rubin, Brickell Bayview Centre, 80 SW 8th Street, Suite 1920, Miami, Florida 33130.

BRINKLEY, McNERNEY, MORGAN
SOLOMON & TATUM, LLP
Attorneys for Plaintiffs
200 East Las Olas Boulevard, Suite 1900
Fort Lauderdale, Florida 33301-2209
(954) 522-2200
(954) 522-9123 (fax)

By: _____
HARRIS K. SOLOMON
Florida Bar No. 259411
MARK A. LEVY
Florida Bar No. 121320

2

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

       Plaintiffs,                  CASE NO. 00-6202-CIV-DIMITROULEAS

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,

       Defendants.
_____/

**AFFIDAVIT OF KAREL G. JOHNSON
IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE**

STATE OF FLORIDA    )
                         )SS.:
COUNTY OF _____  )

BEFORE ME, the undersigned authority, duly authorized to administer oaths in the State of Florida, personally appeared Karel G. Johnson, who, after being duly sworn, under oath deposes and states the following:

1.    I am a Florida resident over eighteen years of age.

2.    I, along with my wife Lise Johnson, am a Plaintiff in the above-captioned lawsuit.

3.    I am aware that the Court has issued an Order setting the trial date for the two week period commencing Monday, December 3, 2001.

4.    During the period December 10, 2001 until January 5, 2002, I am required to be on an international business trip. This business trip has been scheduled since late in the year 2000. When I discovered the conflict between my business trip and the trial date, I attempted to make

BRINKLEY, MCNERNEY, MORGAN, SOLOMON & TATUM, LLP
200 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FLORIDA 33301 (954) 522-2200

EXHIBIT "A"

CASE NO. 00-6202-CIV-DIMITROULEAS

alternate arrangements to alleviate the conflict, but those attempts have been unsuccessful. It is essential that I attend this business trip. The failure to do so will be extremely detrimental to my business interests, and will also result in the loss of thousands of dollars paid toward nonrefundable travel arrangements.

5. I do not request that the trial be continued for the purpose of delay, but rather so that I can attend the business trip. I am available to participate in the trial any time after my return on January 5, 2002.

*Karel G. Johnson*
KAREL G. JOHNSON

SWORN TO AND SUBSCRIBED before me this 19 day of June, 2001.

*Christine Galluscio*
NOTARY PUBLIC

Personally Known: ✓
Type of ID: _____

Christine Galluscio
My Commission CC959512
Expires August 8, 2004

2