UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6202-CIV-DIMITROULEAS

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

    Plaintiff,

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,

    Defendant.

_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiffs', Karel and Lise Johnson Motion to Continue Trial Date, filed herein June 22, 2001. The Court notes Plaintiffs non-compliance with Local Rules 7.1.A.2 and 7.1.A.4, Southern District of Florida.[1] Nonetheless, the Court has carefully considered the motion and being otherwise fully advised in the premises, it is

---

[1] Local Rule 7.1.A.2 states that certain motions, such as this one, shall be accompanied by a proposed order. Local Rule 7.1.A.4 states that: "Every motion when filed shall also be accompanied by stamped, addressed envelopes for each party entitled to notice of the Order when issued by the Judge."

1

**ORDERED AND ADJUDGED** that Plaintiffs' Motion for Continuance is hereby **GRANTED**. Trial is reset to January 14, 2002, with a calendar call on January 11, 2002. The Court notes that all other deadlines remain the same.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of June, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Myron Shapiro, Esq.
Harris Solomon, Esq.

2