**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

        Plaintiffs,                        CASE NO. 00-6202-CIV-DIMITROULEAS

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,

        Defendants.
_____/

## NOTICE OF SELECTION OF MEDIATOR

Please take notice that the parties in the above captioned lawsuit, pursuant to Fed. R. Civ. P. 16, S. D. Fla. L.R. 16.2, and the Court's Order Setting Trial Date and Discovery Deadlines, Referring Case to Mediation and Referring Discovery Motions to the United States Magistrate Judge, dated February 5, 2001, have selected as mediator Al Capp. The parties currently are attempting to schedule the mediation pursuant to the Rules and the Court's Order.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to Myron Shapiro, Esq., Attorney for Defendant ALSPA, Herzfeld & Rubin, Brickell Bayview Centre, 80 SW 8th Street, Suite 1920, Miami, Florida this _26_ day of _Jan_____, 2001.

                        BRINKLEY, McNERNEY, MORGAN,
                        SOLOMON & TATUM, LLP
                        Attorneys for Plaintiffs
                        200 East Las Olas Boulevard, Suite 1900
                        Fort Lauderdale, FL 33301
                        Telephone 954-522-2200 / Facsimile 954-522-9123

        By:    _____
                        HARRIS K. SOLOMON
                        Florida Bar No. 259411
                        MARK A. LEVY
                        Florida Bar No. 121320

