UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6202 CIV-(DIMITROULEAS)/Ma gistrate Judge Johnson

KAREL G. JOHNSON and LISE H. JOHNSON, his wife,

    Plaintiffs,

vs.

AUTOMOBILI LAMBORGHINI SpA, MICHAEL KIMBERLY, JON DOE I, JON DOE II and JON DOE III, individually,

    Defendants.
_____/

FILED by ___ D.C.
JUN 27 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER GRANTING, DEFENDANT, AUTOMOBILI LAMBORGHINI SpA's *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL BETTER ANSWER TO INTERROGATORY AND INCORPORATED MEMORANDUM OF LAW DATED JUNE 4, 2001

**THIS CAUSE,** having come before the Court on Defendant, Automobili Lamborghini SpA's, Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to Compel Better Answer to Interrogatory and Incorporated Memorandum of Law Dated June 4, 2001, the Court having reviewed the Motion and being otherwise duly advised in the premises, it is thereupon:

**ORDERED and ADJUDGED** as follows:

1.    Defendant, Automobili Lamborghini SpA's, Motion for Extension of Time to Respond to Plaintiffs' Motion to Compel Better Answer to Interrogatory and Incorporated Memorandum of Law Dated June 4, 2001 is **GRANTED**.



2.  Defendant, Automobili Lamborghini SpA, shall have up to and including Friday, June 29, 2001 to serve a response to Plaintiffs' Motion to Compel Better Answer to Interrogatory Dated June 4, 2001.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this _27_ day of June, 2001.

United States ~~District~~ Court Judge
Magistrate

Copies furnished to:

All counsel of record