UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6202 CIV-(DIMITROULEAS/Johnson)

KAREL G. JOHNSON and LISE H.
JOHNSON, his wife,

        Plaintiffs,

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II and JON DOE III,
individually,

        Defendants.
_____/



### DEFENDANT, AUTOMOBILI LAMBORGHINI SpA's, MOTION REQUESTING ORAL ARGUMENT ON PLAINTIFFS' MOTION TO COMPEL BETTER ANSWER TO INTERROGATORY AND INCORPORATED MEMORANDUM OF LAW DATED JUNE 4, 2001 AND DEFENDANT'S OPPOSITION AND MOTION FOR ATTORNEYS' FEES AND COSTS

Defendant, Automobili Lamborghini SpA ("Lamborghini"), by and through undersigned counsel, pursuant to Southern District of Florida Local Rule 7.1(B)(1), requests oral argument or a hearing on Plaintiffs' Motion to Compel Better Answer to Interrogatory and Incorporated Memorandum of Law served under Certificate of Service dated June 4, 2001 and Defendant's Opposition to Plaintiffs' Motion to Compel Better Answer to Interrogatory and Incorporated Memorandum of Law Dated June 4, 2001 and Motion for Attorneys' Fees and Costs on the following grounds:

    1.    A hearing is desired in this matter in order to clarify the issues relating to the recall materials produced and recall materials requested. Lamborghini further desires

a hearing in order to explain the events that transpired between counsel in attempting to resolve the discovery matter at issue.

2.      A hearing would be helpful to assist the Court, provide counsel an opportunity to more fully explain, eliminate any potential confusion and answer inquiries the Court may have pertaining to the recall materials produced and procedures of the National Highway Traffic Safety Administration ("NHTSA") regarding recalls.

3.      The estimated time required for argument is 15 minutes.

4.      Undersigned counsel has conferred in good faith with Plaintiffs' counsel regarding said Motion.  Plaintiffs' counsel has no objection to the Motion Requesting Oral Argument.

**WHEREFORE,** Defendant, Automobili Lamborghini SpA, respectfully requests this Court grant its Motion for Oral Argument on Plaintiffs' Motion to Compel Better Answer to Interrogatory and Incorporated Memorandum of Law Dated June 4, 2001, and Defendant's Opposition and Motion for Attorneys' Fees and Costs.

MYRON SHAPIRO
Fla. Bar No. 399205
**HERZFELD & RUBIN**
Attorneys for Automobili Lamborghini SpA
80 S.W. 8$^{\text{III}}$ Street, Suite 1920
Miami, Florida 33130
Telephone:    (305) 381-7999
Facsimile:     (305) 381-8203
E-Mail:         herzfeld@hr-miami.com

- 2 -

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was deposited in the U.S. Mail this 29th day of June, 2001, to HARRIS K. SOLOMON, ESQ., Brinkley, McNerney, Morgan, Solomon & Tatum, LLP, Sun-Sentinel Building, 200 East Las Olas Boulevard, Suite 1900, Ft. Lauderdale, Florida 33301-2209.

MYRON SHAPIRO
Fla. Bar No. 399205
**HERZFELD & RUBIN**
Attorneys for Automobili Lamborghini SpA
80 S.W. 8TH Street, Suite 1920
Miami, Florida 33130
Telephone:    (305) 381-7999
Facsimile:     (305) 381-8203
E-Mail:         herzfeld@hr-miami.com

G:\Client\Lamborghini\3648\Pldgs\MoReqOralArguonMTCBtrAnsInterrog.wpd

- 3 -