**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.  00-6202-CIV-DIMITROULEAS/JOHNSON

KAREL G. JOHNSON et al,

    Plaintiff,

vs

AUTOMOBILI LAMBORGHINI SpA, et al,

    Defendant.

_____/

### ORDER AND NOTICE OF SETTING OF HEARING

**THIS CAUSE** is before the Court on Defendant's Motion Requesting Oral Argument on Plaintiff's Motion to Compel Better Answer to Interrogatory, filed July 2, 2001. This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **GRANTED.** Accordingly,

**PLEASE TAKE NOTICE** that the captioned matter is set for hearing on **Wednesday, August 1, 2001, at 9:45 AM**, before the undersigned, at the United States District Court, 701 Clematis Street, West Palm Beach, Florida, in Courtroom No. 4 (3rd Floor). Fifteen minutes have been set aside for this hearing.

Request for continuance of this cause shall not be considered unless addressed to the Court in the form of a written motion, **(furnished with envelopes)**. All parties should be notified by the **petitioning party** after this Chambers has been contacted and the petitioning party provided with a suitable reset date. The subject date and time must accommodate all parties.

All parties must appear at all hearings unless excused by Order of Court.



**DONE AND ORDERED** on July 9, 2001 at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: The Honorable William P. Dimitrouleas
    Myron Shapiro, Esquire
        Herzfeld & Rubin
        80 S.W. 8th Street   Ste. 1920
        Miami, Florida 33130
    Harris K. Solomon, Esquire
        Brinkley, McNerney et al
        200 E. Las Olas Blvd. Ste. 1900
        Ft. Lauderdale, Florida 33301-2209