CIVIL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE LINNEA R. JOHNSON

10:30-11:00 am

=================================================================

CASE NO. 00-6202-CIV-DIMITROULEAS   DATE AUGUST 1, 2001

CLERK   Emily Guerrero           TAPE NO. LRJ-01·44-2674/45-1

TITLE OF CASE:         KAREL G. JOHNSON ETAL VS.

                AUTOMOBILI LAMBORGHINI SpA, ETAL

P. ATTORNEY (S) HARRIS KEITH SOLOMON

D. ATTORNEY (S) MYRON SHAPIRO

TYPE OF HEARING  ORAL ARGUMENT ON PLTF'S M/COMPEL BETTER ANSWER

RESULT OF HEARING  Oral Argument held. A Written Order will be issued forthwith.

Case continued to_____ Time_____ For_____

Misc._____

P
34