UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6202 CIV-(DIMITROULEAS/Johnson)

KAREL G. JOHNSON and LISE H.
JOHNSON, his wife,

    Plaintiffs,

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II and JON DOE III,
individually,

    Defendants.

_____/



### DEFENDANT, AUTOMOBILI LAMBORGHINI SpA's, MOTION FOR EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFFS' JUNE 26, 2001 FIRST REQUEST FOR PRODUCTION AND SECOND SET OF INTERROGATORIES

Defendant, Automobili Lamborghini SpA ("Lamborghini"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 33 and 34 and Southern District of Florida Local Rule 7.1, respectfully moves this Court for an extension of time up to and including September 7, 2001 to serve its Responses to Plaintiffs' June 26, 2001 First Request for Production and Second Set of Interrogatories.

1. On June 26, 2001, Plaintiffs served their First Request for Production and Second Set of Interrogatories on Defendant, Automobili Lamborghini SpA.

2. The factory for Lamborghini will be closed from August 3, 2001 through August 27, 2001. Because the factory will be closed for nearly the entire month of August, additional time is needed for Lamborghini to conduct the necessary search in order to respond to Plaintiffs' discovery requests.



3. Pursuant to Southern District of Florida Local Rule 7.1(A)(3)(a), undersigned counsel has communicated with Plaintiffs' counsel in a good-faith attempt to resolve the matter at issue and Plaintiffs' counsel has indicated a motion for enlargement of time should be filed.

4. This Motion is not being filed for purposes of delay.

**WHEREFORE,** Defendant, Automobili Lamborghini SpA, respectfully urges this Court to enter an Order granting its Motion for Extension of Time to Serve its Discovery Responses to Plaintiffs' First Request for Production and Second Set of Interrogatories up to and including September 7, 2001.

MYRON SHAPIRO
Fla. Bar No. 399205
**HERZFELD & RUBIN**
Attorneys for Automobili Lamborghini SpA
80 S.W. 8TH Street, Suite 1920
Miami, Florida 33130
Telephone: (305) 381-7999
Facsimile: (305) 381-8203
E-Mail: herzfeld@hr-miami.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was deposited in the U.S. Mail this $\underline{3}$ day of August, 2001, to HARRIS K. SOLOMON, ESQ., Brinkley, McNerney, Morgan, Solomon & Tatum, LLP, Sun-Sentinel Building, 200 East Las Olas Boulevard, Suite 1900, Ft. Lauderdale, Florida 33301-2209.

MYRON SHAPIRO
Fla. Bar No. 399205
**HERZFELD & RUBIN**
Attorneys for Automobili Lamborghini SpA
80 S.W. 8TH Street, Suite 1920
Miami, Florida 33130
Telephone:  (305) 381-7999
Facsimile:  (305) 381-8203
E-Mail:     herzfeld@hr-miami.com

F: Client Lamborghini 3648 Pldgs METtoServeRsptoPTs6-261stRP.wpd

- 3 -