**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6202-CIV-DIMITROULEAS/JOHNSON

KAREL G. JOHNSON et al,

    Plaintiff,

vs.

AUTOMOBILI LAMBORGHINI SpA, et al,

    Defendant.

_____/

FILED by _____ D.C.
AUG - 3 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

**THIS CAUSE** is before the Court on (1) Plaintiffs' Motion to Compel Better Answer to Interrogatory (Docket Entry No. 24); and (2) Defendants' Motion for Attorneys' Fees and Costs (Docket Entry No. 30). This Court has reviewed the pleadings filed incident to this matter and has heard oral argument on the matter. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motions are **DENIED**. Lamborghini has fully and completely responded to the Interrogatory in question as framed. To the extent Plaintiffs seek additional information relevant to vehicles other than the 1996 and early-production 1997 Diablo Roadster models, said request is denied as irrelevant. Request by both parties for fees and costs incurred incident to this matter is denied.

**DONE AND ORDERED** on August 3, 2001, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:   The Honorable William P. Dimitrouleas

Harris K. Solomon, Esquire
Mark A. Levy, Esquire
   Brinkley, McNerney et al
   200 East Las Olas Blvd. Ste. 1900
   Fort Lauderdale, Florida 33301-2209
Myron Shapiro, Esquire
   Herzfeld & Rubin
   Brickell Bayview Centre
   80 SW 8 Street Ste. 1920
   Miami, Florida 33130