UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KAREL G. JOHNSON
    Plaintiff,

vs

AUTOMOBILI LAMBORGHINI SpA, et al.
    Defendant,
_____/

CASE NO:
00-6202-CIV-DIMITROULEAS
NOTICE OF MEDIATION

Mark A. Levy, Esquire
Brinkley, McNerney, et al.
200 East Las O'Las Boulevard
Suite 1900
Fort Lauderdale, Florida 33301

Myron Shapiro, Esquire
Herzfeld & Rubin
80 Southwest 8th Street
Suite 1920
Miami, FL 33130

    **YOU ARE HEREBY NOTIFIED**, pursuant to the agreement of the parties, a Mediation Conference shall be held in this case before **Alvin Capp, Esquire** of Mediation, Inc., Bank of America Tower, 18th Floor, 100 Southeast Third Avenue, Fort Lauderdale, FL 33394 on September 25, 2001 at 12:00 PM. Any correspondance with the Mediator shall be directed to Mediation, Inc., PO Box 4978, Fort Lauderdale, Florida, 33338, FAX (954)767-0505. **3.00 hours have been reserved.**

    "If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administration Office of Mediation, Inc., 100 Southeast Third Avenue, Fort Lauderdale, Florida 33394, Telephone (954) 764-1000 or (800) 741-7000, within two (2) working days of the receipt of this Notice of Mediation."

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been provided by mail to the above named addressees this 6th day of August, 2001.

MEDIATION, INC.

By _/s/ James B. Chaplin/_
**JAMES B. CHAPLIN, ESQUIRE**
**Florida Bar Number 110628**
**Post Office Box 4978**
**Fort Lauderdale, FL 33338**
**Telephone: (954) 764-1000**
                 **(800) 741-7000**