UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6202 CIV-(DIMITROULEAS/Johnson)

KAREL G. JOHNSON and LISE H.
JOHNSON, his wife,

        Plaintiffs,

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II and JON DOE III,
individually,

        Defendants.
_____/

## DEFENDANT, AUTOMOBILI LAMBORGHINI SpA's, MOTION FOR ORDER OF REFERENCE TO MAGISTRATE JUDGE JOHNSON TO HOLD SETTLEMENT CONFERENCE

Defendant, Automobili Lamborghini SpA ("Lamborghini"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 16 and Southern District of Florida Magistrate Judge Rule 1(i)(2), hereby files its Motion for Order of Reference to Magistrate Judge Johnson to Hold Settlement Conference and in support of same states:

1.    At a hearing on August 1, 2001 before Magistrate Judge Johnson, counsel for Lamborghini asked the Judge whether she would be willing to hold a settlement conference. Magistrate Judge Johnson indicated she would be willing to hold a settlement conference but explained her referral from the Court was for the limited purpose of discovery. Counsel for Lamborghini indicated he would undertake to file an appropriate motion.

2.    On August 2, 2001, undersigned counsel wrote to Plaintiffs' counsel asking whether Plaintiffs' counsel would be interested in joining in a motion requesting the matter be referred to Magistrate Judge Johnson for a settlement conference. Defense counsel's letter requested Plaintiffs' counsel respond by no later than 5:00 p.m. on Friday, August 3, 2001, regarding whether he was in agreement with the requested motion so it could be expeditiously filed.

3.    On the same date, August 2, 2001, Plaintiffs' counsel wrote Lamborghini's counsel seeking clarification of whether the proposed settlement conference was to take place before or after mediation.

4.    On August 3, 2001, counsel for Lamborghini wrote to Plaintiffs' counsel advising the proposed settlement conference with Magistrate Judge Johnson was envisioned to obviate the need for mediation.

5.    Not having heard from Plaintiffs' counsel, on August 8, 2001, counsel for Lamborghini sent a third letter requesting the courtesy of a reply as to whether Plaintiffs would join in a motion for a settlement conference before Magistrate Judge Johnson. It is apparent Plaintiffs have no intention of cooperating to join in a motion for a settlement conference.

6.    Lamborghini requests this Court order a settlement conference with Magistrate Judge Johnson in order to facilitate settlement and expedite the speedy resolution of the case.    Southern District of Florida Magistrate Judge Rule 1(i)(2) authorizes Magistrate Judges to conduct settlement conferences in civil cases.

7.    In accordance with Southern District of Florida Local Rule 7.1(A)(3)(a), counsel has made a good-faith effort to resolve the issues raised in this Motion and has been unable to do so.

- 2 -

**WHEREFORE,** Defendant, Automobili Lamborghini SpA, respectfully requests this Court enter an Order referring the matter to Magistrate Judge Johnson to set a settlement conference during the week of August 27, 2001.

MYRON SHAPIRO
Fla. Bar No. 399205
**HERZFELD & RUBIN**
Attorneys for Automobili Lamborghini SpA
80 S.W. 8TH Street, Suite 1920
Miami, Florida 33130
Telephone:    (305) 381-7999
Facsimile:    (305) 381-8203
E-Mail:    herzfeld@hr-miami.com

- 3 -

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was deposited in the U.S. Mail this __*10*__ day of August, 2001, to HARRIS K. SOLOMON, ESQ., Brinkley, McNerney, Morgan, Solomon & Tatum, LLP, Sun-Sentinel Building, 200 East Las Olas Boulevard, Suite 1900, Ft. Lauderdale, Florida 33301-2209.

MYRON SHAPIRO
Fla. Bar No. 399205
**HERZFELD & RUBIN**
Attorneys for Automobili Lamborghini SpA
80 S.W. 8TH Street, Suite 1920
Miami, Florida 33130
Telephone:    (305) 381-7999
Facsimile:     (305) 381-8203
E-Mail:         herzfeld@hr-miami.com

F: Client Lamborghini 3648 Pldgs Motion forSettlConf.wpd

- 4 -