UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6202 CIV-(DIMITROULEAS/Johnson)

KAREL G. JOHNSON and LISE H.
JOHNSON, his wife,

    Plaintiffs,

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II and JON DOE III,
individually,

    Defendants.
_____/



FILED by Q.C.
AUG 1 3 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER ON DEFENDANT, AUTOMOBILI LAMBORGHINI SpA's, MOTION FOR EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFFS' JUNE 26, 2001 FIRST REQUEST FOR PRODUCTION AND SECOND SET OF INTERROGATORIES

**THIS CAUSE** having come before the Court upon Defendant, Automobili Lamborghini SpA's, Motion for Extension of Time to Serve Responses to Plaintiffs' June 26, 2001 First Request for Production and Second Set of Interrogatories, and the Court having reviewed the Motion, and being otherwise duly advised in the premises, it is thereupon,

**ORDERED AND ADJUDGED** as follows:

1.    Defendant, Automobili Lamborghini SpA's, Motion for Extension of Time to Serve Responses to Plaintiffs' June 26, 2001 First Request for Production and Second Set of Interrogatories is hereby ~~GRANTED~~. Denied



2. Defendant, Automobili Lamborghini SpA, shall have up to and including ~~September 7, 2001~~ *August 23, 2001* to serve responses to Plaintiffs' June 26, 2001 First Request for Production and Second Set of Interrogatories.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this __13__ day of August, 2001.

United States District Court Judge

Copies furnished to:

All counsel of record