UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6202-CIV-DIMITROULEAS

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

    Plaintiff,

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,

    Defendant.
_____/



## ORDER EXTENDING ORDER OF REFERENCE

THIS CAUSE is before the Court upon Defendant, Automobili Lamborghini SpA's

Motion for Order of Reference to Magistrate Judge Johnson to Hold Settlement Conference, filed

herein on August 10, 2001. The Court has carefully considered the motion and being otherwise

fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant's Motion for Order of Reference is

hereby **GRANTED**, in part. The Court shall extend its Order of Reference to the Magistrate to

include jurisdiction to conduct a Settlement Conference. Chief Magistrate Judge Linnea R.



Johnson may conduct a Settlement Conference, if she chooses, and may schedule such conference at her own convenience.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13 day of August, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Myron Shapiro, Esq.
Harris Solomon, Esq.