**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

CASE NO.: 00-6202-CIV-DIMITROULEAS
Magistrate Judge Johnson

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

    Plaintiffs,

vs.

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,

    Defendants.
_____/



### NOTICE OF TAKING DEPOSITION

TO:  Myron Shapiro, Esq.
      Herzfeld & Rubin
      Brickell Bayview Centre
      80 SW 8th Street, Suite 1920
      Miami, Florida 33130.

**PLEASE TAKE NOTICE** that the undersigned attorneys will take the stenographic deposition of the following persons, pursuant to Fed.R.Civ.P. 30(b)(1):

      Duval Acura
      Attn: Brian Lynskey, Records Custodian
      701 Fisk Street, Suite 200
      Jacksonville, Florida 32204

The deposition will be taken on August 29, 2001 commencing at 10:00 a.m., at the law offices of BRINKLEY, McNERNEY, MORGAN, SOLOMON & TATUM, LLP, 200 East Las Olas Boulevard, Suite 1900, Fort Lauderdale, Florida 33301 upon oral examination before Wasserman & Associates, Inc., or any other officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition is being taken

BRINKLEY, MCNERNEY, MORGAN, SOLOMON & TATUM, LLP
200 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FLORIDA 33301 (954) 522-2200



CASE NO.: 00-6202-CIV-DIMITROULEAS

for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

**I HEREBY CERTIFY** that a copy of the foregoing Notice of Taking Deposition was sent by U.S. Mail to the above named addressee this 20th day of August, 2001.

BRINKLEY, McNERNEY, MORGAN
SOLOMON & TATUM, LLP
Attorneys for Plaintiffs
200 East Las Olas Boulevard, Suite 1900
Fort Lauderdale, Florida 33301-2209
(954) 522-2200
(954) 522-9123 (fax)

By: _____
HARRIS K. SOLOMON
Florida Bar No. 259411
MARK A. LEVY
Florida Bar No. 121320

c:   Wasserman & Associates

2