**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6202-CIV-DIMITROULEAS/JOHNSON

KAREL G. JOHNSON et al,

    Plaintiff,

vs

AUTOMOBILI LAMBORGHINI, etc., et al,

    Defendant.

_____ /

FILED by _____ D.C.
AUG 3 1 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### NOTICE OF SETTLEMENT CONFERENCE

**PLEASE TAKE NOTICE** that the captioned matter is set down for a Settlement Conference,

on **Friday, September 21, 2001 at 11:00 AM**, before the undersigned, at the United States District

Court, 701 Clematis Street, West Palm Beach, Florida, in Courtroom No. 4 (3rd Floor).

The parties are directed to attend this Settlement Conference with a party representative

having full settlement authority.

**DONE AND ORDERED** on August 31, 2001 at West Palm Beach, Florida.

_____
LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   The Honorable William P. Dimitrouleas
      Myron Shapiro, Esquire
         Herzfeld & Rubin
         80 S.W. 8th Street Ste. 1920
         Miami, Florida 33130
      Harris Solomon, Esquire
         Brinkley McNerney et al
         200 E. Las Olas Boulevard Ste. 1900
         Ft. Lauderdale, Florida 33301-2209