UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6202-CIV-DIMITROULEAS/JOHNSON

KAREL G. JOHNSON, et. Al.,

Plaintiffs,

vs.

AUTOMOBILI LAMBORGHINI, SPA,

Defendant.
_____/

## NOTICE RESETTING HEARING

PLEASE TAKE NOTICE that the above entitled case is hereby reset for a Settlement Conference to Thursday, September 27, 2001 at 11:00 A.M., before the Honorable Linnea R. Johnson, Chief U.S. Magistrate Judge at United States District Court, 701 Clematis Street, West Palm Beach, Florida, Courtroom 4, Third Floor.

DATED: September 19, 2001          CLARENCE MADDOX, CLERK OF COURT

                        by: Emily Guerrero
                            Emily Guerrero, Deputy Clerk

Copies provided to:

Honorable William P. Dimitrouleas
Myron Shapiro, Esq.
Harris Solomon, Esq.

