UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

KAREL G. JOHNSON, and
LISE H. JOHNSON, his wife,

    Plaintiffs,

vs.

CASE NO. 00-6202-CIV-DIMITROULEAS

AUTOMOBILI LAMBORGHINI SpA,
MICHAEL KIMBERLY, JON DOE I,
JON DOE II, and JON DOE III, Individually,

    Defendants.
_____/

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Karel and Lise Johnson, and Defendant Automobili Lamborghini SpA, by and through undersigned counsel, and pursuant to a settlement agreement between the parties, hereby file this Stipulation for Dismissal with Prejudice. No other parties have appeared in this action.

| | |
|---|---|
| BRINKLEY, McNERNEY, MORGAN, SOLOMON & TATUM, LLP<br>Counsel for Plaintiffs<br>P.O. Box 522<br>Fort Lauderdale, Florida 33302-0522<br>(954) 522-2200 Telephone<br>(954) 522-9123 Facsimile | HERZFELD & RUBIN<br>Counsel for ALSPA<br>Brickell Bayview Center<br>80 S.W. 8th Street<br>Miami, Florida 33130<br>(305) 381-7999 Telephone<br>(305) 381-8203 Facsimile |
| By: _____<br>   Harris K. Solomon<br>   Fla. Bar No. 259411 | By: _____<br>   Mark Schneider, Esq.<br>   Florida Bar No. 857696 |

