UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6202-CIV-DIMITROULEAS

KAREL G. JOHNSON and
LISE H. JOHNSON, his wife,

    Plaintiffs,

vs.

AUTOMOBILI LAMBORGHINI SpA, et. al.,

    Defendants.
_____/



## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Stipulation for Dismissal With Prejudice. The Court having been advised that a full, final and complete settlement has been reached between all the parties, it is hereby

**ORDERED AND ADJUDGED** that the parties' Stipulation for Dismissal With Prejudice is hereby **GRANTED**. The above-mentioned case is **DISMISSED WITH PREJUDICE** as to Defendant Automobili Lamborghini SpA, and without prejudice as to any unserved Defendants. All pending motions not otherwise ruled upon are **DENIED AS MOOT**. The Clerk of the Court shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5 day of October, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Harris Solomon, Esq.
March Schneider, Esq.

